**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FRANCIS HOOKE,

    Plaintiff,

vs.                                    Case No.: 3:22-cv-0664-MMH-MCR

BANK OF AMERICA, N.A,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
EQUIFAX INFORMATION
SERVICES, LLC,

    Defendants.
_____/

**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY**

COMES NOW the Plaintiff, FRANCIS HOOKE, by and through undersigned counsel, and pursuant to Local Rule 3.09, United States District Court, Middle District of Florida, hereby gives notice to the clerk, parties, and their counsel that a settlement has been reached between Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX"). Plaintiff and EQUIFAX are in the process of finalizing the settlement and expect to submit a dismissal of this case as to EQUIFAX shortly. The case shall remain pending as to co-Defendants, BANK OF AMERICA, N.A. and EXPERIAN INFORMATION SOLUTIONS, INC.

Dated this 15th day of June 2022.    Respectfully submitted,

                                                          /s/ Ryan G. Moore_____

Ryan G. Moore, FBN: 70038
First Coast Consumer Law
340 Third Avenue South, Suite A
Jacksonville Beach, FL 32250-6767
P: (904) 242-7070
F: (904) 242-7054
ryan@beacheslaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 15th day of June 2022 a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Ryan G. Moore