Filing # 149264121 E-Filed 05/10/2022 09:55:09 AM

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR NASSAU COUNTY, FLORIDA

CASE NO.:

FRANCIS HOOKE,

      Plaintiff,

vs.

BANK OF AMERICA, N.A.,
      Serve On:
      100 N. Tryon St.
      Charlotte, NC 28202

and

EXPERIAN INFORMATION
SOLUTIONS, INC.,
      Serve On:
      CT Corporation System
      1200 South Pine Island Road
      Plantation, FL 33324

and

EQUIFAX INFORMATION SERVICES LLC,
      Serve On:
      Corporation Service Company
      1201 Hays Street
      Tallahassee, FL 32301

      Defendants.
_____/

DATE: 5-18-2022
HOUR: 1234
DEPUTY SHERIFF

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES
## AND DEMAND FOR JURY TRIAL

## I.    INTRODUCTION

1.    This is an action for injunctive relief and damages in excess of $30,000.00 exclusive

of costs, interest, and attorney's fees, brought by Plaintiff, FRANCIS HOOKE, an individual

consumer, for violations of the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.* ("FCCPA"), against BANK OF AMERICA, N.A. ("BANA"), and violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA"), by BANA, EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN"), and EQUIFAX INFORMATION SERVICES LLC ("EQUIFAX"). Fundamentally, this case is about the Defendants' refusal to respect Mr. Hooke's personal and legal rights in BANA's attempts to collect an alleged debt from Mr. Hooke and BANA, EXPERIAN, and EQUIFAX's false reporting of Mr. Hooke's credit and financial information.

2.     "As a result of increased abuse by consumer debt collectors and the lack of any meaningful common law tort remedies, in the late-1960s and early-1970s, state legislatures began to recognize the need for consumer protection legislation in the area of debt collection… For its part, Florida enacted the FCCPA in 1972 as a means of regulating the activities of consumer collection agencies within the state." Gause v. Med. Bus. Consultants, Inc., 424 F. Supp. 3d 1175, 1186 (M.D. Fla. 2019) (internal citations omitted).

3.     Consumer reporting agencies, like EXPERIAN and EQUIFAX, are charged with maintaining reasonable procedures to ensure the maximum possible accuracy of the information they report which is provided by furnishers, like BANA, to the consumer reporting agencies.

4.     When a consumer, like Mr. Hooke, disputes information through the consumer reporting agencies the FCRA demands that both the agency and the furnisher separately conduct a reasonable investigation of the consumer's dispute and correct or delete information which is inaccurate or cannot otherwise be verified.

2

## II.    JURISDICTION AND VENUE

5.    Jurisdiction of this Court arises pursuant to Fla. Stat. § 26.012, Fla. Stat. § 559.77(1), and 15 U.S.C. § 1681p.  Venue is proper in this County in that the conduct complained of occurred here.

## III.    PARTIES

6.    Plaintiff, FRANCIS HOOKE, is a natural person and citizen of the State of Florida, residing in Fernandina Beach, FL 32035.  Plaintiff is a "consumer" as defined by the FCCPA, Fla. Stat. 559.55(8), and the FCRA, 15 U.S.C. § 1681a(c).

7.    Defendant, BANA, whose main address is located at 100 N. Tryon St., Charlotte, NC 28202, provides credit card and other lending and banking services and products nationwide.

8.    BANA is a "furnisher of information" as contemplated by the FCRA, 15 U.S.C. § 1681s-2(a) & (b), that regularly furnishes information to one or more consumer reporting agencies about consumer transaction or experiences with consumers.

9.    EXPERIAN, whose principal address is located at 475 Anton Boulevard, Costa Mesa, CA 92626, is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f). Upon information and belief, EXPERIAN regularly engages in the business of assembling, evaluating, and disbursing information concerning consumers for the purposes of furnishing consumer reports, as defined by the FCRA, 15 U.S.C. § 1681a(d), to third parties.

10.    EQUIFAX, whose principal address is located at 1550 Peachtree Street, NW, Atlanta, GA 30309, is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f).  Upon information and belief, EQUIFAX regularly engages in the business of assembling, evaluating, and disbursing information concerning consumers for the purposes of furnishing consumer reports, as defined by the FCRA, 15 U.S.C. § 1681a(d), to third parties.

3

## IV.    BACKGROUND

11.    In May of 2018 Mr. Hooke applied for a LOWE's credit card, issued by SYNCHRONY BANK.

12.    Mr. Hooke's application for the LOWE's card was denied.

13.    Mr. Hooke, concerned about the denial of the application for the LOWE's credit card because Mr. Hooke had good credit, reviewed Mr. Hooke's credit reports.

14.    Upon reviewing Mr. Hooke's credit reports Mr. Hooke realized that BANA was reporting an alleged debt in the amount of $12,826.66 (the "Account").

15.    Mr. Hooke had no relationship with BANA, whatsoever.

16.    In June or July of 2018 Mr. Hooke contacted BANA and was informed by BANA that the Account was opened on or about February 21, 2018.

17.    BANA also informed Mr. Hooke that payments had been made on the Account but the payments had then stopped.

18.    Mr. Hooke informed BANA that Mr. Hooke had not applied for, received, or used any credit account, or any other financial service, from BANA.

19.    BANA sent Mr. Hooke "fraud" paperwork for Mr. Hooke to fill out and return to BANA.

20.    On July 31, 2018, Mr. Hooke went to a BANA branch in Brunswick, Maine, where Mr. Hooke spends summers with Mr. Hooke's family, and faxed the fraud paperwork to BANA's fraud department.

21.    Mr. Hooke asked for a copy of the paperwork and was provided with a copy of the fax confirmation of the fraud paperwork.  A true and correct copy of the July 31, 2018, fax confirmation is attached hereto as Exhibit 1.

4

22.    Upon information and belief, the fraud paperwork is in the exclusive possession of BANA.

23.    At no time did BANA demand that Mr. Hooke provide a police report or any other information.

24.    Mr. Hooke believed that the matter had been resolved as BANA did not contact Mr. Hooke again.

25.    BANA is party to an agreement or contract with COOLING & WINTER, LLC ("COOLING") pursuant to which BANA hires or instructs COOLING to act as BANA's agent and attorney in collecting consumer debts.

26.    The agreement or contract between BANA and COOLING is in the exclusive possession of BANA and COOLING.

27.    BANA, by and through its agent and attorney, COOLING, sent Mr. Hooke a letter dated April 9, 2020, in an effort to collect the alleged debt.   A true and correct copy of the April 9, 2020, letter is attached hereto as Exhibit 2.

28.    Mr. Hooke immediately contacted COOLING and informed COOLING that the Account was not Mr. Hooke's.

29.    Mr. Hooke was informed by COOLING that only BANA could stop the collection of the account.

30.    Throughout April and May of 2020 Mr. Hooke again and again tried to get BANA to acknowledge that the Account was not Mr. Hooke's and that Mr. Hooke had no responsibility for the Account, to no avail.

31.     BANA sent Mr. Hooke a letter dated June 6, 2020, again asserting that Mr. Hooke was liable for the Account.  A true and correct copy of the June 6, 2020, letter is attached hereto as Exhibit 3.

32.     BANA also sent Mr. Hooke a letter dated June 18, 2020, stating that Mr. Hooke had the right to request information establishing the Account under the Fair and Accurate Transactions Act (the "FACT ACT").  A true and correct copy of the June 18, 2020, letter is attached hereto as Exhibit 4.

33.     Mr. Hooke took the FACT ACT paperwork to a local BANA branch in Fernandina Beach, Florida.  True and correct copies of the FACT ACT paperwork is attached hereto as Exhibit 5.

34.     BANA's employee, Hugh Harris, met with Mr. Hooke and Mr. Hooke's wife and attempted to assist the Hookes in submitting the FACT ACT paperwork.

35.     Mr. Harris was able to have the FACT ACT paperwork faxed to BANA's proper department and confirmed the same with the Hookes.

36.     Mr. Harris then informed the Hookes that Mr. Hooke should file a police report.

37.     On June 25, 2020, Mr. Hooke filed a police report with the Nassau County, Florida Sheriff's Office.  A true and correct copy of the June 25, 2020, police report is attached hereto as Exhibit 6.

38.     The Hookes returned to the local BANA branch in Fernandina and Mr. Hooke, with the assistance of Mr. Harris, faxed the FACT ACT paperwork, this time with the police report, to BANA's proper department.

39.     On July 17, 2020, Ms. Hooke began an online messenger chat with BANA.  Ms. Hooke provided BANA's "chat" with the information regarding the dispute.

40.    This led to an eventual telephone call between Ms. Hooke and BANA in August 2020 where Ms. Hooke again provided BANA with all information regarding the dispute of the Account.

41.    The Hookes believed this matter to be resolved at that point.

42.    BANA, by and through its agent and attorney, COOLING, willfully communicated with Mr. Hooke by means of a letter dated August 11, 2021, in an effort to collect the alleged debt. A true and correct copy of the August 11, 2021, letter is attached hereto as Exhibit 7.

43.    On August 31, 2021, the Hookes were traveling in Colorado.

44.    They went to the closest BANA branch in Lakewood, CO.

45.    The Hookes met with BANA's representative, Esmeralda Prado, and shared with Ms. Prado the Mr. Hooke's disputes regarding the Account from 2018 through that point.

46.    The Hookes contacted the Nassau Sheriff's Department and asked if they could send the June 25, 2020, police report to Ms. Prado.

47.    The Sheriff's Department sent the June 25, 2020, police report via e-mail to BANA.

48.    Mr. Hooke also provided a Statement of Annuity, which contained Mr. Hooke's social security number, and a copy of Mr. Hooke's driver's license to Ms. Prado, all of which Ms. Prado told the Hookes was faxed to BANA's fraud department.  A true and correct copy of the Statement of Annuity is attached hereto as Exhibit 8.

49.    BANA sent Mr. Hooke a letter dated September 13, 2021, which stated that BANA declined the fraud claim for the Account because, allegedly, BANA "confirmed statements were mailed to the address you provided for this claim and payments have been made on the account." A true and correct copy of the September 13, 2021, letter is attached hereto as Exhibit 9.

7

50.     Mr. Hooke sent a dispute letter to BANA dated December 23, 2021, disputing the alleged debt and explaining that the debt was fraudulent. A true and correct copy of the December 23, 2021, letter and the return receipt evidencing its receipt by BANA is attached hereto as Exhibit 10.

51.     Mr. Hooke sent a dispute letter to EQUIFAX dated December 23, 2021, disputing the alleged debt and explaining that the debt was fraudulent. A true and correct copy of the December 23, 2021, letter and the return receipt evidencing its receipt by EQUIFAX is attached hereto as Exhibit 11.

52.     Upon information and belief, EQUIFAX notified the furnisher, BANA, of Mr. Hooke's dispute of the alleged debt.

53.     Mr. Hooke received a response from EQUIFAX dated January 18, 2022, stating that EQUIFAX had "verified that this item belongs to" Mr. Hooke. A true and correct copy of the January 18, 2022, response is attached hereto as Exhibit 12.

54.     Mr. Hooke sent a dispute letter to EXPERIAN dated January 21, 2022, disputing the alleged debt and explaining that the debt was fraudulent. A true and correct copy of the January 21, 2022, letter and the return receipt evidencing its receipt by EXPERIAN is attached hereto as Exhibit 13.

55.     Upon information and belief, EXPERIAN notified the furnisher, BANA, of Mr. Hooke's dispute of the alleged debt.

56.     Mr. Hooke received a response from EXPERIAN dated January 27, 2022, asserting that the Account was owed by Mr. Hooke and being reported by EXPERIAN correctly. A true and correct copy of the January 27, 2022, response is attached hereto as Exhibit 14.

57.     As a result of the continued false reporting of a debt that Mr. Hooke does not owe Mr. Hooke was forced to pay a higher interest rate than Mr. Hooke should have had to pay on a loan Mr. Hooke took out for home repair improvements in May, 2022.

58.     Furthermore, the collection and reporting of a debt that Mr. Hooke does not owe has saddled Mr. Hooke with a debt-to-income ratio that does not accurately reflect Mr. Hooke's financial situation, causing damage to Mr. Hooke's reputation and causing Mr. Hooke worry, fear, frustration and embarrassment.

59.     Mr. Hooke has spent years disputing this debt. Mr. Hooke has spent money on mailings, gas to get to BANA's local branches to dispute, etc., in attempting to get the Defendants to correct the illegal and inaccurate reporting, all to no avail.

## V.    COUNT I – FLORIDA CONSUMER COLLECTION PRACTICES ACT VIOLATIONS BY BANA

60.     Plaintiff incorporates by reference paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, and 48 of this Complaint.

61.     By continuing to attempt to collect an alleged debt which BANA had been informed was fraudulent and that Mr. Hooke would not pay, including by sending the August 11, 2021, letter, BANA engaged in conduct BANA could reasonably expect to harass Mr. Hooke in violation of Fla. Stat. § 559.72.

62.     Upon information and belief, BANA disclosed information concerning the Account, which Mr. Hooke disputed, to COOLING without disclosing that the Account was disputed in violation of Fla. Stat. § 559.72(6).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant, BANA, for:

9

a.    Actual and statutory damages pursuant to <u>Fla. Stat. § 559.77</u>;

b.    Attorney's fees, litigation expenses and costs of suit pursuant to <u>Fla. Stat. § 559.77</u>;

c.    Injunctive relief pursuant to <u>Fla. Stat. § 559.77</u>; and

d.    Such other and further relief as the Court deems proper.

## VI.    COUNT II – FAIR CREDIT REPORTING ACT VIOLATIONS BY BANA

63.    Plaintiff incorporates by reference paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, and 59 of this Complaint.

64.    By failing to fully and properly investigate Plaintiff's dispute, by failing to accurately respond to EXPERIAN and EQUIFAX, by failing to correctly report the results of the investigation to EXPERIAN and EQUIFAX, and by failing to permanently and lawfully correct its own internal records to prevent the re-reporting of an inaccurate item, BANA willfully and negligently violated the FCRA, <u>15 U.S.C. § 1681s-2(b)</u>.

WHEREFORE, Plaintiff requests the Court enter judgment in favor of Plaintiff and against Defendant, BANA, for:

a.    Actual or statutory damages pursuant to <u>15 U.S.C. § 1681n</u> and <u>15 U.S.C. § 1681o</u>;

b.    Attorney's fees, litigation expenses and costs pursuant to <u>15 U.S.C. § 1681n</u> and <u>15 U.S.C. § 1681o</u>; and

c.    Such other and further relief as the Court deems proper.

## VII.    COUNT III – FAIR CREDIT REPORTING ACT VIOLATIONS BY EXPERIAN

65.    Plaintiff incorporates by reference paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, and 59 of this Complaint.

66.     By failing to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintained concerning Plaintiff EXPERIAN violated the FCRA, 15 U.S.C. § 1681e.

67.     By failing to delete inaccurate information in the Plaintiff's credit file after receiving actual notice of the inaccuracy, by failing to conduct a reasonable investigation, by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file, by failing to review and consider the information provided to EXPERIAN by Plaintiff, and by relying upon verification of the item from a source EXPERIAN has reason to know is unreliable, EXPERIAN violated the FCRA, 15 U.S.C. § 1681i.

WHEREFORE, Plaintiff requests the Court enter judgment in favor of Plaintiff and against Defendant, EXPERIAN, for:

a.    Actual or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

b.    Attorney's fees, litigation expenses and costs of suit pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o; and

c.    Such other and further relief as the Court deems proper.

## VIII.    COUNT IV – FAIR CREDIT REPORTING ACT VIOLATIONS BY EQUIFAX

68.     Plaintiff incorporates by reference paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, and 59 of this Complaint.

69.     By failing to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintained concerning Plaintiff EQUIFAX violated the FCRA, 15 U.S.C. § 1681e.

70.    By failing to delete inaccurate information in the Plaintiff's credit file after receiving actual notice of the inaccuracy, by failing to conduct a reasonable investigation, by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file, by failing to review and consider the information provided to EQUIFAX by Plaintiff, and by relying upon verification of the item from a source EQUIFAX has reason to know is unreliable, EQUIFAX violated the FCRA, 15 U.S.C. § 1681i.

WHEREFORE, Plaintiff requests the Court enter judgment in favor of Plaintiff and against Defendant, EQUIFAX, for:

a.    Actual or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

b.    Attorney's fees, litigation expenses and costs of suit pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o; and

c.    Such other and further relief as the Court deems proper.

### VIII.   JURY DEMAND

Plaintiff, FRANCIS HOOKE, hereby request trial by jury in this matter.

/s/ Ryan G. Moore
Ryan G. Moore, Fla. Bar No.: 70038
First Coast Consumer Law
340 Third Avenue South, Suite A
Jacksonville Beach, FL, 32250-6767
P: (904) 242-7070 F: (904) 242-7054
e-service: pleadings@firstcoastconsumerlaw.com
*Attorneys for Plaintiff*

# EXHIBIT 1

# Fax Call Report

**HP LaserJet MFP M630**

**Page 1**

Fax Header Information

Bank Of America
2073731886
31/Jul/2018 12:17:37 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 2079 | 31/Jul/2018 12:14:59 PM | Send | 913024580155 | 02:34 | 5 | Success |

English (United States)

# EXHIBIT 2

Robert A. Winter (FL, GA)
Joseph C. Cooling (GA)
S. Louis Schlappa (GA, NC, SC)
Quinn McGill Kasper (GA)
Joy L. Kundawala (FL)
M. Scott Peskin (GA)
Louis R. Feingold (GA)
Christopher R. Yarbrough (GA)

Kristian Knochel (FL, GA)
Joseph E. Brown (SC)
Stacy A. McMullen (GA)
Allison K. Lovell (GA)
Mateusz Szymanski (FL)
Melissa Alverez (FL)
Chantal E. Espaillat (GA)
Carter A. Tenney (GA)

**COOLING & WINTER**

ATTORNEYS AT LAW

PO Box 100150
Marietta, GA 30061-9918

Toll Free: (800) 450-6575
Fax: (770) 980-0528
Email: legal@coolingwinter.com
Web: www.coolingwinter.com

*Ronez Dollar ext 3515*

April 9, 2020

Dear Francis Hooke:

This communication is in reference to your delinquent account as shown below. Please contact our office if you wish to make arrangements to pay the unpaid balance.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This law firm practices law in Georgia, Florida, North Carolina and South Carolina. Although we are a law firm, at this time no attorney with this firm has personally evaluated or reviewed the particular circumstances of your account. This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

Cooling & Winter, LLC

PLEASE MAIL CORRESPONDENCE AND PAYMENTS TO:
**PO BOX 100150
MARIETTA, GA 30061-9918**

HOURS OF OPERATION:
MONDAY - FRIDAY 8:30AM - 5:30PM EST

15_CLCW_ID('x0F_V1I
519643495

Cooling & Winter, LLC
Attorneys at Law
PO Box 1280
Oaks PA 19456-1280
ADDRESS SERVICE REQUESTED

| | |
|---|---|
| Date: | April 9, 2020 |
| Creditor: | Bank of America, N.A. |
| Account Number: | ***********0995 |
| File No: | C0729250 |
| Balance: | $12,828.66 |

FRANCIS HOOKE
PO BOX 6374
FERNANDINA BEACH FL 32035-6374

24/7 Payment Options:
 Online: **www.coolingwinter.com**
 AutoPay Phone Attendant: **(800) 291-5144**

# EXHIBIT 3

**BANK OF AMERICA** 

www.bankofamerica.com

```
LL 0609    314 987      06638 #@01 AB 0.419
FRANCIS HOOKE
PO BOX 6374
FERNANDINA BEACH FL 32035
```

ıllılₐₐ|ı|||ₙₐ|ₐ|ı|||ₐₐ|ıₙ|||ₐ|ı|ₐ|ı|ₐ|ₐ|ı|ı|ₙₙ|ıₐ|ₐ|ₐ

June 06, 2020

Account ending in: 0995

Francis Hooke:

As you requested, we completed a re-evaluation of your credit card
dispute for $12,826.66 - unfortunately, our decision to decline your
fraud claim for this transaction(s) hasn't changed. If your claim
included other disputed charges, you'll receive a separate letter
letting you know when they've been resolved.

Our research included the information you provided with your claim,
your account history, and if available, information from the merchant,
such as a signed receipt or contract. We confirmed the following:

- The merchant provided documentation confirming you received the
merchandise or service.

**What's Next**

- Any temporary credits applied to your account will be removed.
  You'll see it on your monthly statement, along with any
  additional charges or fees you owe.
- If your account was past due at the time of your claim, and no
  payments were made, it will return to that same status.
- Please continue to make the required payments on your account.

Also, we've contacted these credit reporting agencies to add a comment to your credit report stating you disagree with our decision on your fraud claim. Please keep in mind it may take up to 60 days for the comment to appear on your credit file.

- TransUnion - transunion.com, 800 916 8800, PO Box 2000, Chester, PA 19016
- Experian - experian.com, 888 397 3742, PO Box 4500, Allen, TX 75013-0036
- Equifax - equifax.com, 888 766 0008, PO Box 740241, Atlanta, GA 30374-0241
- Innovis - innovis.com, 800 540 2505, PO Box 1640, Pittsburgh, PA 15230-1640

If you have any questions, please feel free to call us 888.290.0216, Monday through Friday, 8 a.m. to 5 p.m. Eastern.

# EXHIBIT 4



**BANK OF AMERICA**

www.bankofamerica.com

```
LL 0622    754 800 5    15572 #801 SP 0.560
FRANCIS HOOKE
2011 BONNIE OAKS DR
FERNANDINA BEACH FL 32035
```

June 18, 2020

Account number ending in: 0995

Francis Hooke:

Victims of Identity Theft have the right to request certain
information regarding fraudulent accounts under the Fair and Accurate
Credit Transactions Act (FACT Act). Please review the information
below and return the enclosed FACT Act Request form if you are
requesting these records.

**What you need to know**
The FACT Act allows victims of Identity Theft to obtain copies of
applications or transaction records related to fraudulent accounts
opened in their name without their knowledge.

These rights pertain to Individual, Sole Proprietor, and Doing
Business As (DBA) accounts and include new accounts opened in the
victim's name.

**What you can do**
To request copies of these items, please complete the enclosed FACT
Act Request form. For your convenience, you can fax the completed form
to 214.672.8773 or mail it to AZ9-503-01-26, PO Box 29961, Phoenix, AZ
85038.

We appreciate the opportunity to be of service.

# EXHIBIT 5

**Fair and Accurate Credit Transactions**
**Act of 2003 (FACT Act)**
**Identity Theft Victim Request for Information**

This form is a request for copies of application and/or business transaction records maintained by Bank fo America. It is to be used by individuals who claim to be victims of Identity Theft.

*Instructions:* Please print wherever possible except for Signature and Date line referenced below. Be sure to complete both sides of this form.

As a victim of Identity Theft, I, ___Francis Hooke___
                                        (Name)
request copies of (please check below):
    ✓ Application
    ✓ Account Statements

maintained at Bank of America relative to the Identity Theft claim on the following accounts. List the type of accounts believed to be opened/used by the perpetrator and account numbers, if known.

Credit Card 5199-6503-0303-0995

_____

_____

**Victim Information:**
My full legal name is        Francis Steven Hooke
                             First   Middle   Last   Jr.,   Sr.,   III
My date of birth is                    12/30/1956
My Social Security number is    ██████ 2757
My current street address is
2011 Bonnie Oaks Dr. Fernandina Beach, Fl 32034
Street address (Apt, Ste)   City,   State   ZIP Code

My primary contact telephone number is    904-591-8709
                                          (Area Code)

**The following information must be provided to us to proceed:**
- A copy of your driver's license/state identification.
- A copy of your social security card.
- A copy of the police report evidencing Identity Theft.

**Where would you like the records to be sent? (Please check below)**
\_\_\_ Self, at the above address and/or
\_\_\_ Law enforcement agency at address:

I understand that the application and/or statements will be sent once the FACT Act Request form is received and confirmed by Bank of America. You may fax this completed form to 214.672.8773, or mail it to AZ9-503-01-26, PO Box 29961, Phoenix, AZ 85038.

Signature: _____    Date: _____

# EXHIBIT 6



## Nassau County Sheriff's Office

**CASE REPORT**

77151 CITIZENS CIRCLE
YULEE, FL 32097

CASE# **2020-00061013**

### EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| 06/25/2020 15:41 | Information Report | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
| 02/28/2018 00:00 | 02/28/2018  00:00 | 2113 BONNIE OAKS DR FERNANDINA BEACH, FL |

### OFFENSES

| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| 99999.1 INFORMATION ONLY | 1 | Commit |
| | | |
| | | |
| | | |
| | | |
| | | |

### SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|
| Adult   Person-Other | HOOKE, FRANCIS STEVEN | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| 12/30/1950 | | 2113 BONNIE OAKS DR FERNANDINA BEACH, FL 32034 | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| White | Male | 5'10 | 190 | WHI | BRO |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| H200257504700 / FL | (904)502-0195 | | | | |

### SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|
| Adult   Person-Other | HOOKE, CHERYL MAE | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| 12/31/1963 | | 2011 BONNIE OAKS DR FERNANDINA BEACH, FL 32034 | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| White | Female | 5'7 | 160 | BRO | BRO |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| H200113639710 / FL | (904)591-8709 | | | | |

### SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|
| | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| | | | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | | | | | |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| 1408 ROCHELEAU | 06/25/2020 | GASTON, DEBRA D 06/30/2020 |



**Nassau County Sheriff's Office**
CASE REPORT
77151 CITIZENS CIRCLE
YULEE, FL 32097

CASE# 2020-00061013

| NARRATIVE |
| --- |

On 06/25/2020, at approximately 1546 hours, I was dispatched to 2113 Bonnie Oaks Drive, in reference to an identity theft.

Upon my arrival I met and spoke with Francis Hooke and Cheryl Hooke who both advised me that in 2018 while resding in Maine they received a notification from Bank of America stating a credit card had been taken out in Francis Hooke's name. I was advised the credit card was maxed out and Bank of America was attempting to collect the delinquent debt. Mr. and Mrs. Hooke advised me that neither of them applied for this card nor charged anything to Bank of America. I was informed that Francis Hooke started the process with Bank of America to dispute this item on his credit account in 2018 along with notifying the credit bureaus, FBI, and the FTC. Mr. Hooke advised me to this date the only information he can obtain about the credit card from Bank of America is that it was issued on 02/24/2018 and that it was a woman who applied for the card. Despite filing a fraud statement form in 2018 no additional contact or information was given by bank of America. Mr. Hooke stated a few weeks ago he received a statement from Bank of America attempting to collect the credit card debt again and threatening to report the debt to the credit bureaus if left unpaid. Due to this Mr. and Mrs. Hook requested a report to be generated for Bank of America to reopen investigations into this fraudulent account.

Statement forms were collected and submitted.

Due to lack of available information and no suspect information this report was generated for Informational purposes only.

| REPORTING OFFICER | DATE | REVIEWED BY |
| --- | --- | --- |
| 1408 ROCHELEAU | 06/25/2020 | GASTON, DEBRA D 06/30/2020 |

# EXHIBIT 7



| | |
|---|---|
| Robert A. Winter (FL, GA) | Joseph E. Brown (SC) |
| Joseph C. Cooling (GA) | Stacy A. McMullen (GA) |
| S. Louis Schiappa (GA, NC, SC) | Allison K. Lovell (GA) |
| Rebeca M. Fleischer (FL) | Mateusz Szymanski (FL) |
| Joy L. Kundawala (FL) | Melissa Alvarez (FL) |
| Christopher R. Yarbrough (GA) | Chantel E. Espaillat (GA) |
| M. Scott Peskin (GA) | Adam A. Tesh (SC) |
| Louis R. Feingold (GA) | Jennifer D. Milton (GA) |
| Kristian Knochel (FL, GA) | Kathleen J. Jacobs (GA) |

**ATTORNEYS AT LAW**

P.O. Box 100150
Marietta, GA 30061-9918

Toll Free: (800) 450-6575
Fax: (770) 980-0528
Email: legal@coolingwinter.com
Web: www.coolingwinter.com

| | | |
|---|---|---|
| FRANCIS HOOKE | Date: | August 11, 2021 |
| 2011 BONNIE OAKS DR | Creditor: | Bank of America, N.A. |
| FERNANDINA BEACH FL 32034-8600 | Account No: | ************0995 |
| | File No: | C0729250 |
| | Balance: | $12,826.66 |

Dear FRANCIS HOOKE:

This communication is in reference to your delinquent account as shown above. Please contact our office if you wish to make arrangements to pay the unpaid balance.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This firm practices law in Georgia, Florida, North Carolina, and South Carolina. This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

Cooling & Winter, LLC

# EXHIBIT 8

OMB No. 1545-0119
Form 1099-R
Distributions From
Pensions, Annuities,
Retirement or Profit-
Sharing Plans, IRAs,
Insurance Contracts, etc.

**2020**

**Statement of Annuity Paid**
Copy B - File with Federal tax return



1. Gross distribution

2a. Taxable amount

4. Federal Income Tax Withheld

13. State/Payer's state no.

13. State/Payer's state no.

12. State tax withheld
NONE

12. State tax withheld
NONE

Account number (Reference/ Claim No.)

**Paid
By**   Office of Personnel Management
Retirement Operations
P.O. Box 45
Boyers, PA 16017-0045

Recipient's ID No. (///account) 2757

PAYER's Federal Identification
52-6083699

FRANCIS S ROOKE
2011 BONNIE OAKS DR
FERN BCH, FL 32034-8600

5. Employee Contributions/
Designated ROTH Contributions
or Insurance Premiums
7415.10

7. Distribution Code(s)
7 NONDISABILITY

9b. Total Employee Contributions
56797.00

Form CSA 1099R (Rev. 1/2021)
This information is being furnished to the
Department of Treasury - Internal Revenue Service

To separate, tear on perforation

# EXHIBIT 9

**BANK OF AMERICA**

www.bankofamerica.com

LL 0916    210 220        17470 #001 AB 0.461
FRANCIS HOOKE
2011 BONNIE OAKS DR
FERNANDINA BEACH FL 32034-8600

September 13, 2021

Account ending in: 0995

Francis Hooke:

As you requested, we completed a re-evaluation of your credit card
dispute for $10,764.51 - unfortunately, our decision to decline your
fraud claim for this transaction(s) hasn't changed. If your claim
included other disputed charges, you'll receive a separate letter
letting you know when they've been resolved.

Our research included the information you provided with your claim,
your account history, and if available, information from the merchant,
such as a signed receipt or contract. We confirmed the following:

- We confirmed statements were mailed to the address you provided for
this claim and payments have been made on the account.

**What's Next**

- Any temporary credits applied to your account will be removed.
  You'll see it on your monthly statement, along with any
  additional charges or fees you owe.
- If your account was past due at the time of your claim, and no
  payments were made, it will return to that same status.
- Please continue to make the required payments on your account.

FR2 FCDD 1-1 US-EN                    01 of 02

Also, we've contacted these credit reporting agencies to add a comment
to your credit report stating you disagree with our decision on your
fraud claim. Please keep in mind it may take up to 60 days for the
comment to appear on your credit file.

- TransUnion - transunion.com, 800 916 8800, PO Box 2000, Chester, PA 19016
- Experian - experian.com, 888 397 3742, PO Box 4500, Allen, TX 75013-0036
- Equifax - equifax.com, 888 766 0008, PO Box 740241, Atlanta, GA 30374-0241
- Innovis - innovis.com, 800 540 2505, PO Box 1640, Pittsburgh, PA 15230-1640

If you have any questions, please feel free to call us at
800.472.7970, Monday through Friday, 8 a.m. to 7 p.m. Eastern.

Thank you for your patience during our review.

Dan Miller         775-5147

Roger N. Miller    415-956-1000

Tom Mc

Fallgatter, Catlin & Varon PA

JAY 904-353-5800

904-399-5780    TONY

# EXHIBIT 10

December 23, 2021

Francis Steven Hooke
2011 Bonnie Oaks Dr.
Fernandina Beach, FL 32035
DOB: 12/30/1950

Bank of America
P.O. Box 982238
El Paso, TX 79998

and

Bank of America
4060 Ogletown/Stanton Rd.
DE5-019-03-07
Newark, DE 19713

Dear Sir of Madam:

I am writing to dispute the following information in my credit reports. I have enclosed a copy of the pertinent pages of the reports for your review.

The reports contain an item for Bank of America in the amount of $12,826.00. I have repeatedly informed Bank of America that this is not my account. I never applied for the account, never used the account, and did not ever have the account. It is a fraudulent account.

As a result of these erroneous items being listed on my reports my credit has been damaged.

The inaccurate reporting of accounts which I do not own and balances which I do not owe has already negatively affected my credit worthiness.

Please reinvestigate this matter and delete this item as soon as possible.

Sincerely,

Francis Steven Hooke
Enclosures: Pertinent Pages of Credit Reports, Police Report.



**To start a dispute online, click here.**

Personal Credit Report for:
**FRANCIS HOOKE**

File Number:
**411248935**

Date Created:
**11/02/2021**

# 🨂 Personal Information

You have been on our files since 11/01/1972. Your SSN has been masked for your protection.

**Credit Report Date**

11/02/2021

**Social Security Number**

XXX-XX-2757

**Date of Birth**

12/30/1950

**Name**

FRANCIS S. HOOKE

## Addresses

**Current Address**

2011 BONNIE OAKS DR FERNANDINA BEACH, FL 32034-8600

**Date Reported**

01/11/2007

**Other Address**

PO BOX 6374 FERNANDINA, FL 32035-6374

**Date Reported**

04/01/2005

**Other Address**

561 WALEODORO RD WASHINGTON, ME 04574

**Date Reported**

06/08/2018

**Other Address**

2087 BONNIE OAKS DR FERNANDINA BEACH, FL 32034-8600

**Date Reported**

05/16/2005

**Other Address**

4723 SW 20TH ST WEST PARK, FL 33023-3323

**Date Reported**

03/17/2018

## Phone Numbers

**Phone Number**

(904) 277-2877

**Phone Number**

(904) 502-0195

**Phone Number**

(904) 591-8709

**Phone Number**

(277) 287-2877

## Employers

**Employer**

**DEPT OF THE NAV**

**Date Verified**
05/31/2010

**MARKET PLACE**

**Location**              **Date Verified**
SOMERSWORTH, NH          08/01/1999

**WARREN BROTHERS**

**TRF:** Transfer

**TRL:** Transferred to another lender

**TTR:** Transferred to recovery

**WEP:** Chapter 13 bankruptcy

For account information other than payment history, we may show brackets > < to indicate information that may negatively affect your credit health.

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

**BANK OF AMERICA**
519965030303***

| | |
|---|---|
| Address | Phone |
| PO BOX 982238 EL PASO, TX 79998-2235 | (800) 421-2110 |
| Date Opened | Responsibility |
| 02/21/2018 | Individual Account |
| Account Type | Loan Type |
| Revolving Account | CREDIT CARD |
| Date Updated | Last Payment Made |
| 10/19/2021 | 03/02/2018 |
| Pay Status | Terms |
| >Charged Off< | Paid Monthly |
| Date Closed | High Balance (Hist.) |
| 06/16/2018 | High Balance of $12,826 from 07/2020 to 10/2021 |
| Credit Limit (Hist.) | Estimated month and year this item will |
| Credit limit of $8,000 from 07/2020 to 10/2021 | be removed |
| | 04/2025 |

**Payment History**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2021** | | | | | | | | | | | | |
| Balance: | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | | |
| Past Due: | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | | |
| Remarks: | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | | |
| Rating: | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | | |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2020** | | | | | | | | | | | | |
| Balance: | - - - | - - - | - - - | - - - | - - - | - - - | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 |
| Past Due: | - - - | - - - | - - - | - - - | - - - | - - - | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 |
| Remarks: | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | - - - | PRL< |
| Rating: | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |
| **2019** | | | | | | | | | | | | |
| Balance: | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due: | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks: | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | - - - | PRL< |
| Rating: | 120 | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |
| **2018** | | | | | | | | | | | | |
| Balance: | | | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due: | | | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks: | | | PRL< | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | - - - | PRL< |
| Rating: | | | OK | OK | OK | OK | 30 | 30 | 60 | 90 | 120 | 120 |

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**CAPITAL ONE BANK USA NA**
529149854071****

Address
P O Box 31293 Salt Lake City, UT 84131

Phone
(800) 955-7070

Date Opened
08/21/2002

Responsibility
Joint Account

Account Type
Revolving Account

Loan Type
CREDIT CARD



# CREDIT REPORT

---

**FRANCIS HOOKE**

**Report Confirmation**

**1806127301**



**Dear FRANCIS HOOKE:**

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the Internet 24 hours a day, 7 days a week at:
  www.investigate.equifax.com
- Please mail the dispute information to:
  Equifax Information Services LLC
  P.O. Box 740241
  Atlanta, GA 30374
- Call us at 866-349-5186

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: 1-877-SCORE-11.

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| Report Date | Nov 02, 2021 |
| Credit File Status | File Blocked For Promotional Purposes |
| Alert Contacts | 0 Records Found |
| Average Account Age | 14 Years |
| Length of Credit History | 24 Years, 4 Months |
| Accounts with Negative Information | 1 |
| Oldest Account | SYNCB/LOWES (Opened Jul 24, 1997) |
| Most Recent Account | BANK OF AMERICA (Opened Feb 21, 2018) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 2 | 1 | $6,914 | $21,386 | $28,300 | 24.0% | $214 |
| Mortgage | 2 | 2 | $260,289 | $27,711 | $288,000 | 90.0% | $2,171 |
| Installment | 0 | 0 | | | | | |
| Other | | | | | | | |
| Total | 4 | 3 | $267,203 | $49,097 | $316,300 | 84.0% | $2,385 |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| Consumer Statements | 0 Statements Found |
| Personal Information | 10 Items Found |
| Inquiries | 10 Inquiries Found |
| Most Recent Inquiry | CREDIT KARMA, INC Oct 29, 2021 |
| Public Records | 0 Records Found |
| Collections | 0 Collections Found |

EQUIFAX                FRANCIS HOOKE | Nov 02, 2021                Page 3 of 59

Summary  >  Revolving  >  Mortgage  >  Installment  >  Other  >  Statements  >  Personal Info  >  Inquiries  >  Public Records  >  Collections

## 2.2 BANK OF AMERICA (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | | Reported Balance | $12,925 |
|---|---|---|---|
| Account Status | CHARGE_OFF | Debt-to-Credit Ratio | 160% |
| Available Credit | $8,000 | | |

### Account History

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

**Balance**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

**Available Credit**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

**Scheduled Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

**Actual Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|



Summary    Revolving    Mortgage    Installment    Other    Statements    Personal Info    Inquiries    Public Records    Collections

2019
2020
2021

**High Credit**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

**Credit Limit**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

**Amount Past Due**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

**Activity Designator**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

**Payment History**

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | | | |

Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | | | ✔ | ✔ | ✔ | ✔ | 30 | 30 | 60 | 90 | 120 | 150 |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | 30  30 Days Past Due | 60  60 Days Past Due | 90  90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V  Voluntary Surrender | F  Foreclosure | C  Collection Account |
| CO Charge-Off | B  Included in Bankruptcy | R  Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | | Owner | INDIVIDUAL |
| Credit Limit | $8,000 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | 0 |
| Balance | $12,826 | Date Opened | Feb 21, 2018 |
| Amount Past Due | $12,826 | Date Reported | Oct 18, 2021 |
| Actual Payment Amount | | Date of Last Payment | Mar 01, 2018 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 42 | Delinquency First Reported | |
| Activity Designator | CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | $12,826 |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Credit Card | Date Closed | Jun 01, 2018 |
| Date of First Delinquency | May 01, 2018 | | |

## Comments

Consumer disputes after resolution
Charged off account
Account closed by credit grantor

## Contact

BANK OF AMERICA
4080 OGLETOWN/STANTON RD
DE5-019-03-07
NEWARK, DE  19713
1-800-421-2110

**Nassau County Sheriff's Office**
CASE REPORT
77151 CITIZENS CIRCLE
YULEE, FL 32097

CASE# 2020-00061013

| EVENT | | | | |
|---|---|---|---|---|
| REPORTED DATE/TIME 05/25/2020 16:41 | ASSIGNED INCIDENT TYPE **Information Report** | | | |
| OCCURRED FROM DATE/TIME 02/28/2018 00:00 | OCCURRED THRU DATE/TIME 02/28/2018 00:00 | LOCATION OF OCCURRENCE 2113 BONNIE OAKS DR FERNANDINA BEACH, FL | | |

| OFFENSES | STATUTE/DESCRIPTION | | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|---|
| | 99999.1 INFORMATION ONLY | | 1 | Commit |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| SUBJECT | | | | | |
|---|---|---|---|---|---|
| Adult     Person-Other | NAME (LAST, FIRST, MIDDLE SUFFIX) HOOKE, FRANCIS STEVEN | | | | |
| DOB 12/30/1950 | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) 2113 BONNIE OAKS DR FERNANDINA BEACH, FL 32034 | | | |
| RACE White | SEX Male | HEIGHT or RANGE 5'10 | WEIGHT or RANGE 180 | HAIR WHI | EYE BRO |
| DL REFERENCE/STATE H200257504700 / FL | PRIMARY PHONE (904)502-0195 | PHONE #2 | | PHONE #3 | |

| SUBJECT | | | | | |
|---|---|---|---|---|---|
| Adult     Person-Other | NAME (LAST, FIRST, MIDDLE SUFFIX) HOOKE, CHERYL MAE | | | | |
| DOB 12/31/1963 | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) 2011 BONNIE OAKS DR FERNANDINA BEACH, FL 32034 | | | |
| RACE White | SEX Female | HEIGHT or RANGE 5'7 | WEIGHT or RANGE 160 | HAIR BRO | EYE BRO |
| DL REFERENCE/STATE H200113639710 / FL | PRIMARY PHONE (904)591-8709 | PHONE #2 | | PHONE #3 | |

| SUBJECT | | | | | |
|---|---|---|---|---|---|
| | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL REFERENCE/STATE | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |

| REPORTING OFFICER 1408 ROCHELEAU | DATE 05/25/2020 | REVIEWED BY GASTON, DEBRA D 05/30/2020 |
|---|---|---|



**Nassau County Sheriff's Office**
CASE REPORT
77151 CITIZENS CIRCLE
YULEE, FL 32097

CASE# 2020-00081013

| NARRATIVE |
|---|

On 06/25/2020, at approximately 1546 hours, I was dispatched to 2113 Bonnie Oaks Drive, in reference to an identity theft.

Upon my arrival I met and spoke with Francis Hooke and Cheryl Hooke who both advised me that in 2018 while residing in Maine they received a notification from Bank of America stating a credit card had been taken out in Francis Hooke's name. I was advised the credit card was maxed out and Bank of America was attempting to collect the delinquent debt. Mr. and Mrs. Hooke advised me that neither of them applied for this card nor charged anything to Bank of America. I was informed that Francis Hooke started the process with Bank of America to dispute this item on his credit account in 2018 along with notifying the credit bureaus, FBI, and the FTC. Mr. Hooke advised me to this date the only information he can obtain about the credit card from Bank of America is that it was issued on 02/24/2018 and that it was a woman who applied for the card. Despite filing a fraud statement form in 2018 no additional contact or information was given by bank of America. Mr. Hooke stated a few weeks ago he received a statement from Bank of America attempting to collect the credit card debt again and threatening to report the debt to the credit bureaus if left unpaid. Due to this Mr. and Mrs. Hook requested a report to be generated for Bank of America to reopen investigations into this fraudulent account.

Statement forms were collected and submitted.

Due to lack of available information and no suspect information this report was generated for informational purposes only.

| REPORTED BY | DATE | REVIEWED BY |
|---|---|---|
| 1408 ROCHELEAU | 06/25/2020 | GASTON, DEBRA D 06/30/2020 |

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 6005 0069 4834 05

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**First Coast Consumer Law**
**340 3rd Ave. S., Ste. A**
**Jacksonville Beach, FL 32250**

Hooke - BOA

DE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bank of America
4060 Ogletown/Stanton Rd
DE5-019-03-07
Newark, DE
19713



9590 9402 6005 0069 4834 05

2. Article Number (Transfer from service label)

7020 1290 0001 6406 3003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Bank Of America     DEC 27 2021

Newark, DE 19713

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

# EXHIBIT 11

December 23, 2021

Francis Steven Hooke
2011 Bonnie Oaks Dr.
Fernandina Beach, FL 32035
DOB: 12/30/1950

Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374

Dear Sir of Madam:

I am writing to dispute the following information in my Equifax report. I have enclosed a copy of the pertinent pages of the report for your review.

The report contains an item for Bank of America, account number 519965030303**** in the amount of $12,826.00. I have repeatedly informed Bank of America that this is not my account. I never applied for the account, never used the account, and did not ever have the account. It is a fraudulent account.

As a result of these erroneous items being listed on my report my credit has been damaged.

The inaccurate reporting of accounts which I do not own and balances which I do not owe has already negatively affected my credit worthiness.

Please reinvestigate this matter and delete this item as soon as possible.

Sincerely,

Francis Steven Hooke
Enclosures: Pertinent Pages of Report, Police Report.



# CREDIT REPORT

---

**FRANCIS HOOKE**

**Report Confirmation**

**1806127301**



**Dear FRANCIS HOOKE:**

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the internet 24 hours a day, 7 days a week at:
  **www.investigate.equifax.com**
- Please mail the dispute information to:
  **Equifax Information Services LLC**
  **P.O. Box 740241**
  **Atlanta, GA 30374**
- Call us at **866-349-5186**

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**



**Dear FRANCIS HOOKE:**

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the internet 24 hours a day, 7 days a week at:
  **www.investigate.equifax.com**
- Please mail the dispute information to:
  **Equifax Information Services LLC**
  **P.O. Box 740241**
  **Atlanta, GA 30374**
- Call us at **866-349-5186**

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Nov 02, 2021 |
| **Credit File Status** | File Blocked For Promotional Purposes |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 14 Years |
| **Length of Credit History** | 24 Years, 4 Months |
| **Accounts with Negative Information** | 1 |
| **Oldest Account** | SYNCB/LOWES (Opened Jul 24, 1997) |
| **Most Recent Account** | BANK OF AMERICA (Opened Feb 21, 2018) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 2 | 1 | $6,914 | $21,386 | $28,300 | 24.0% | $214 |
| Mortgage | 2 | 2 | $260,289 | $27,711 | $288,000 | 90.0% | $2,171 |
| Installment | 0 | 0 | | | | | |
| Other | | | | | | | |
| Total | 4 | 3 | $267,203 | $49,097 | $316,300 | 84.0% | $2,385 |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 10 Items Found |
| **Inquiries** | 10 Inquiries Found |
| **Most Recent Inquiry** | CREDIT KARMA, INC Oct 29, 2021 |
| **Public Records** | 0 Records Found |
| **Collections** | 0 Collections Found |

## 2.2 BANK OF AMERICA (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | | Reported Balance | $12,826 |
| Account Status | CHARGE_OFF | Debt-to-Credit Ratio | 160% |
| Available Credit | $8,000 | | |

### Account History

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

2019

2020

2021

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | | | |

| Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | | | ✓ | ✓ | ✓ | ✓ | 30 | 30 | 60 | 90 | 120 | 150 |

| | | | |
|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | | Owner | INDIVIDUAL |
| Credit Limit | $8,000 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | 0 |
| Balance | $12,826 | Date Opened | Feb 21, 2018 |
| Amount Past Due | $12,826 | Date Reported | Oct 19, 2021 |
| Actual Payment Amount | | Date of Last Payment | Mar 01, 2018 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 42 | Delinquency First Reported | |
| Activity Designator | CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | $12,826 |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Credit Card | Date Closed | Jun 01, 2018 |
| Date of First Delinquency | May 01, 2018 | | |

## Comments

Consumer disputes after resolution
Charged off account
Account closed by credit grantor

## Contact

BANK OF AMERICA
4060 OGLETOWN/STANTON RD
DE5-019-03-07
NEWARK, DE  19713
1-800-421-2110



**Nassau County Sheriff's Office**
CASE REPORT
77151 CITIZENS CIRCLE
YULEE, FL 32097

CASE# 2020-00061013

| EVENT | | | |
|---|---|---|---|
| REPORTED DATE/TIME 06/25/2020 15:41 | OCCURRED INCIDENT TYPE Information Report | | |
| OCCURRED FROM DATE/TIME 02/28/2018 00:00 | OCCURRED THRU DATE/TIME 02/28/2018 00:00 | LOCATION OF OCCURRENCE 2113 BONNIE OAKS DR FERNANDINA BEACH, FL | |

**OFFENSES**

| STATUTE/DESCRIPTION | | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 99999.1 INFORMATION ONLY | | 1 | Commit |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SUBJECT**

| ARREST/SUBJECT TYPE Adult | Person-Other | NAME (LAST, FIRST, MIDDLE SUFFIX) HOOKE, FRANCIS STEVEN | | | | |
|---|---|---|---|---|---|---|
| DOB 12/30/1950 | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) 2113 BONNIE OAKS DR FERNANDINA BEACH, FL 32034 | | | | |
| RACE White | | SEX Male | HEIGHT or RANGE 5'10 | WEIGHT or RANGE 190 | HAIR WHI | EYE BRO |
| DL NUMBER/STATE H200257504700 / FL | | PRIMARY PHONE (904)502-0195 | | PHONE #2 | | PHONE #3 |

**SUBJECT**

| ARREST/SUBJECT TYPE Adult | Person-Other | NAME (LAST, FIRST, MIDDLE SUFFIX) HOOKE, CHERYL MAE | | | | |
|---|---|---|---|---|---|---|
| DOB 12/31/1963 | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) 2011 BONNIE OAKS DR FERNANDINA BEACH, FL 32034 | | | | |
| RACE White | | SEX Female | HEIGHT or RANGE 5'7 | WEIGHT or RANGE 160 | HAIR BRO | EYE BRO |
| DL NUMBER/STATE H200113639710 / FL | | PRIMARY PHONE (904)591-8709 | | PHONE #2 | | PHONE #3 |

**SUBJECT**

| ARREST/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 |

| REPORTING OFFICER 1408 ROCHELEAU | DATE 06/25/2020 | REVIEWED BY GASTON, DEBRA D 06/30/2020 |
|---|---|---|

NCSO Case 2020-00061013 Page 1 OF 2



**Nassau County Sheriff's Office**
CASE REPORT
77151 CITIZENS CIRCLE
YULEE, FL 32097

case# 2020-00061013

| NARRATIVE |
| --- |

On 06/25/2020, at approximately 1546 hours, I was dispatched to 2113 Bonnie Oaks Drive, in reference to an identity theft.

Upon my arrival I met and spoke with Francis Hooke and Cheryl Hooke who both advised me that in 2018 while resding in Maine they received a notification from Bank of America stating a credit card had been taken out in Francis Hooke's name. I was advised the credit card was maxed out and Bank of America was attempting to collect the delinquent debt. Mr. and Mrs. Hooke advised me that neither of them applied for this card nor charged anything to Bank of America. I was informed that Francis Hooke started the process with Bank of America to dispute this item on his credit account in 2018 along with notifying the credit bureaus, FBI, and the FTC. Mr. Hooke advised me to this date the only information he can obtain about the credit card from Bank of America is that it was issued on 02/24/2018 and that it was a woman who applied for the card. Despite filing a fraud statement form in 2018 no additional contact or information was given by bank of America. Mr. Hooke stated a few weeks ago he received a statement from Bank of America attempting to collect the credit card debt again and threatening to report the debt to the credit bureaus if left unpaid. Due to this Mr. and Mrs. Hook requested a report to be generated for Bank of America to reopen investigations into this fraudulent account.

Statement forms were collected and submitted.

Due to lack of available information and no suspect information this report was generated for informational purposes only.

| REPORTING OFFICER | DATE | REVIEWED BY |
| --- | --- | --- |
| 1408 ROCHELEAU | 06/25/2020 | GASTON, DEBRA D 06/30/2020 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax Info Services LLC
P.O. Box 740241
Atlanta, GA
30374



9590 9402 6005 0069 4833 82

2. Article Number (Transfer from service label)

7020 1290 0000 6627 0844

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)

William Allen
DEC 29 2021

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 6005 0069 4833 82

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**First Coast Consumer Law**
**340 3rd Ave. S., Ste. A**
**Jacksonville Beach, FL 32250**

Hooke - Equifax



# EXHIBIT 12



**EQUIFAX**

P.O. Box 105518
Atlanta, GA 30348

000000187 FECA00000118220229543 01 000000 000729 011

000000729- DISC
FRANCIS S HOOKE
2011 BONNIE OAKS DR
FERNANDINA BEACH, FL 32034-8600

CREDIT FILE : January 18, 2022
Confirmation # 1384580912

Dear FRANCIS S HOOKE:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law, considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words to your credit report. If you provide a consumer statement that contains medical information related to

(Continued On Next Page)
00000729-DISC

Page 1 of 22

services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to P.O. Box 740256, Atlanta, GA 30374-0256 or contact us by calling us at 866-349-5191.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

0000001817 01914 0001-0001-011 0ECA000000011822029548 T01 00000729

136456091Z-JGX-0a0IO105000000c4-01182022

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states "Deleted", we have removed it from your credit report and taken steps so it does not reappear.
- If an item states "Verified as Reported", the reporting company has certified it is reporting accurately.
- If an item states "Updated", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: The information you disputed has been updated.

Updated disputed account information. Additional account information was also updated: The information you disputed has been updated as well as other information on this item.

Disputed information accurate. Updated account information unrelated to the dispute: The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.

Consumer's dispute not specific. Consumer information verified. Account information updated: Information on your report has been updated.

### The Results Of Our Reinvestigation

#### Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *)* (This section includes open and closed accounts reported by credit grantors)

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> We have researched the credit account. Account # - 619965030303* The results are:   WE VERIFIED THAT THIS ITEM BELONGS TO YOU.
THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *DATE OF MAJOR DELINQUENCY 1ST REPORTED *CLOSED
DATE *ACTIVITY DESIGNATOR *HISTORICAL ACCOUNT INFORMATION.  If you have additional questions about this item please contact:  Bk of

(Continued On Next Page)
000000729-DISC

1364560912-JGX-0a0f0105000000c4-01182022

**Amer, PO Box 982238, El Paso, TX 79998-2238 Phone: (800) 421-2110**

## BANK OF AMERICA  PO Box 982238 El Paso TX 79998238 : 8004212110

| Account Number 519965030303* | Date Opened 02/21/2018 | High Credit 03/2018 | Credit Limit $ 8,000 | Terms Duration | Terms Frequency Monthly | | Creditor Classification |
|---|---|---|---|---|---|---|---|

| Date of Last Reported Update 01/18/2022 | Balance Amount $ 12,826 | Amount Past Due $ 12,826 | Date of Last Payment 03/2018 | Scheduled Payment Amount | Actual Payment Amount | Date of 1st Delinquency 05/2018 | Date of Last Activity | Months Rcvd 44 | Activity Designator |

| Status Charge Off | Type of Account Revolving | Type of Loan Credit Card | Whose Account Individual Account | Portfolio Indicator | Portfolio Status | Charge Off Amount $ 12,826 | Date Maj Del 1st Rptd 05/2018 |

ADDITIONAL INFORMATION:
Consumer Disputes After Resolution

Charged Off Account

Account Closed By Credit Grantor

Account History with Status Codes

| 11/2021 L | 10/2021 L | 09/2021 L | 08/2021 L | 07/2021 L | 06/2021 L | 05/2021 L | 04/2021 L | 03/2021 L | 02/2021 L |
|---|---|---|---|---|---|---|---|---|---|
| 01/2021 L | 12/2020 L | 11/2020 L | 10/2020 L | 09/2020 L | 08/2020 L | 07/2020 L | 06/2020 L | 05/2020 L | 04/2020 L |
| 03/2020 L | 02/2020 L | 01/2020 L | 12/2019 L | 11/2019 L | 10/2019 L | 09/2019 L | 08/2019 L | 07/2019 L | 06/2019 L |
| 05/2019 L | 04/2019 L | 03/2019 L | 02/2019 L | 01/2019 6 | 12/2018 5 | 11/2018 4 | 10/2018 3 | 09/2018 2 | 08/2018 1 |
| 07/2018 1 | | | | | | | | | |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/21 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 11/21 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 10/21 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 09/21 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 08/21 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 07/21 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 06/21 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |

(Continued On Next Page)
000000729-DISC

Page 4 of 22

1364560912-JGX-0a0f0105000000c4-01182022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 04/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 03/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 02/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 01/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 12/20 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 11/20 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 10/20 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 09/20 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 08/20 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 07/20 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | |
| 06/20 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 05/20 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 04/20 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 03/20 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 02/20 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 01/20 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.equifax.com/personal/disputes.

Thank you for giving Equifax the opportunity to serve you.

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

(Continued On Next Page)
000000729-DISC

Page 6 of 22

1364560912-JGX-0a0f0105000000c4-01182022



# EQUIFAX

**Confirmation # 1364560912**

## CREDIT FILE : January 18, 2022

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

*Please address all future correspondence to:*
www.equifax.com/personal/disputes

Equifax Information Services LLC
P O Box 105518
Atlanta, GA 30348

Phone: (800) 377-8568
M - F 9:00am to 5:00pm in your time zone.

Name On File: FRANCIS S HOOKE
Social Security #: XXX-XX-2757   Date of Birth: December 30, 1950
Current Address: 2011 BONNIE OAKS DR, Fernandina beach, FL 32034 (904)277-2877
Reported: 01/2022

Previous Address(es): PO BOX 6374, FERNANDINA, FL 32035 Reported: 01/2022
4723 SW 20TH ST, WEST PARK, FL 33023 Reported: 07/2020
2087 BONNIE OAKS DR, FERNANDINA, FL 32034 Reported: 02/2018
1693 CHESTER RD, YULEE, FL 32097 Reported: 03/2011
3580 HIGHWAY A1A S APT 111, FLAGLER BEACH, FL 32136 Reported: 03/2011

Last Reported Employment: ELECTRICIAN; DOD KINGSBAY;
Previous Employment(s): TRIDENT REFIT;
ELECTRICIAN; TRF KINGSBAY SUB BAS;

## Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *.) (This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

| | | | |
|---|---|---|---|
| Account Number | - | The Account number reported by credit grantor | |
| Date Acct. Opened | - | The Date that the credit grantor opened the account | |
| High Credit | - | The Highest Amount Charged | |
| Credit Limit | - | The Highest Amount Permitted | |
| Terms Duration | - | The Number of Installments or Payments | |
| Terms Frequency | - | The Scheduled Time Between Payments | |
| Months Reviewed | - | The Number of Months Reviewed | |
| Activity Designator | - | The Most Recent Account Activity | |
| Creditor Class | - | The Type of Company Reporting The Account | |
| Date Reported | - | Date of Last Reported Update | |
| Balance Amount | - | The Total Amount Owed as of the Date Reported | |
| Status | - | Condition of Account When Last Updated by Creditor or Otherwise | |

| | | |
|---|---|---|
| Amount Past Due | - | The Amount Past Due as of the Date Reported |
| Date of Last Paymnt | - | The Date of Last Payment |
| Actual Pay Amt | - | The Actual Amount of Last Payment |
| Sched Pay Amt | - | The Requested Amount of Last Payment |
| Date of 1st Delinquency | - | The Date of First Delinquency |
| Date of Last Activty | - | The Date of the Last Account Activity |
| Date Maj Delq Rptd | - | The Date the 1st Major Delinquency Was Reported |
| Charge Off Amt | - | The Amount Charged Off by Creditor |
| Deferred Pay Date | - | The 1st Payment Due Date for Deferred Loans |
| Balloon Pay Amt | - | The Amount of Final(Balloon) Payment |
| Balloon Pay Date | - | The Date of Final(Balloon) Payment |
| Date Closed | - | The Date the Account was Closed |

| Account History | Status Code | | | |
|---|---|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender | | |

Status Code

(Continued On Next Page)
000000729-DISC

1364560912-JGX-0a0f0105000000c4-01182022



Part 3

00000 1 00 9P6620228110000000Y23O11O0F000 01810 18100000

| Descriptions | | | | | |
|---|---|---|---|---|---|
| 2 : 60-89 Days Past Due | | 6 : 180 or More Days Past Due | | K : Repossession | |
| 3 : 90-119 Days Past Due | | G : Collection Account | | L : Charge Off | |
| 4 : 120-149 Days Past Due | | H : Foreclosure | | | |

**BANK OF AMERICA   PO Box 982238 El Paso TX 799882238 : 8004212110**

| Account Number | | Date Opened | High Credit | | Credit Limit | Terms Duration | Terms Frequency | | Months Revd |
|---|---|---|---|---|---|---|---|---|---|
| 519965030303* | | 02/21/2018 | | | $8,000 | | Monthly | | 44 |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/18/2022 | $12,826 | $12,826 | 03/2018 | | | 03/2018 | 05/2018 | | 05/2018 | $12,826 | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes After Resolution; Charged Off Account; Account Closed By Credit Grantor.

**Account History with Status Codes**

11/2021 10/2021 09/2021 08/2021 07/2021 06/2021 05/2021 04/2021 03/2021 02/2021 01/2021 12/2020 11/2020 10/2020 09/2020 08/2020 07/2020 06/2020 05/2020 04/2020
L L L L L L L L L L L L L L L L L L L L

03/2020 02/2020 01/2020 12/2019 11/2019 10/2019 09/2019 08/2019 07/2019 06/2019 05/2019 04/2019 03/2019 02/2019 01/2019 12/2018 11/2018 10/2018 09/2018 08/2018
L L L L L L L L L L L L L L L L L L 3 2 1

07/2018
1

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 11/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 10/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 09/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 08/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 07/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 06/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 05/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 04/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |
| 03/21 | $12,826 | | | 03/01/2018 | | $8,000 | $12,826 | Credit Card | Closed |

(Continued On Next Page)
000000729-DISC

Page 8 of 22

1364560912-JGX-0a0f0105000000c4-01182022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/21 | $ 12,826 | | | | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 01/21 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 12/20 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 11/20 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 10/20 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 09/20 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 08/20 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 07/20 | $ 12,826 | | | | | $ 8,000 | $ 12,826 | Credit Card | |
| 06/20 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 05/20 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 04/20 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 03/20 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 02/20 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |
| 01/20 | $ 12,826 | | | 03/01/2018 | | $ 8,000 | $ 12,826 | Credit Card | Closed |

**SYNCB/LOWES**   PO Box 965036 Orlando FL 328865036 ; 8663968254

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 798192410669* | 06/10/2009 | $ 4,114 | $ 4,500 | | Monthly | 89 | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment Activity | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/14/2022 | $ 0 | $ 0 | 09/2020 | | | | 09/2020 | | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charge;

(Continued On Next Page)
000000729-DISC

1384560912-JGX-0a0f0105000000o4-01182022

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/21 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 11/21 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 10/21 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 09/21 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 08/21 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 07/21 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 06/21 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 05/21 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 04/21 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 03/21 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 02/21 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 01/21 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 12/20 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 11/20 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 10/20 | $ 0 | | | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 09/20 | $ 0 | | $ 649 | 09/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 08/20 | $-649 | $ 28 | $ 150 | 08/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 07/20 | $ 799 | $ 28 | $ 150 | 07/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |
| 06/20 | $ 949 | $ 28 | $ 146 | 06/01/2020 | $ 4,114 | $ 4,500 | | Charge Account | |

(Continued On Next Page)
000000729-DISC

1364560912-JGX-0a0f01050000004-01182022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/20 | $146 | $28 | $150 | 05/01/2020 | $4,114 | $4,500 | | Charge Account | |
| 04/20 | $296 | $28 | $150 | 04/01/2020 | $4,114 | $4,500 | | Charge Account | |
| 03/20 | $734 | $28 | | 09/30/2019 | $4,114 | $4,500 | | Charge Account | |
| 02/20 | $0 | | | 09/30/2019 | $4,114 | $4,500 | | Charge Account | |
| 01/20 | $0 | | | 09/30/2019 | $4,114 | $4,500 | | Charge Account | |

### VYSTAR CREDIT UNION    PO Box 45085 Jacksonville FL 322326085 - 9047776000

| Account Number 50000859* | Date Opened 04/05/2017 | High Credit $138,000 | Credit Limit | Terms Duration 30 Years | Terms Frequency Monthly | Months Revd 56 | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|

| Date of Last Reported Update 01/13/2022 | Balance Amount $126,474 | Amount Past Due | Date of Last Payment 12/2021 | Actual Payment Amount $1,026 | Scheduled Payment Amount $1,026 | Date of Last Activity 01/2022 | Date of 1st Delinquency | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Real Estate Mortgage, Conventional Mortgage, Fixed Rate;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/21 | $126,701 | $1,026 | $1,026 | 12/01/2021 | $138,000 | | | Conventional Re Mortgage | |
| 11/21 | $126,928 | $1,026 | $1,026 | 11/01/2021 | $138,000 | | | Conventional Re Mortgage | |
| 10/21 | $127,153 | $1,026 | $1,026 | 09/30/2021 | $138,000 | | | Conventional Re Mortgage | |
| 09/21 | $127,378 | $1,026 | $1,026 | 09/01/2021 | $138,000 | | | Conventional Re Mortgage | |
| 08/21 | $127,602 | $1,026 | $1,026 | 08/01/2021 | $138,000 | | | Conventional Re Mortgage | |
| 07/21 | $127,825 | $1,026 | $1,026 | 07/01/2021 | $138,000 | | | Conventional Re Mortgage | |

(Continued On Next Page)
000000729-DISC

1364560912-JGX-0a0f0105000000c4-01182022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/21 | $ 128,047 | $ 1,026 | $ 1,026 | 06/01/2021 | $ 138,000 | | | Conventional Re Mortgage | |
| 05/21 | $ 128,268 | $ 1,026 | $ 990 | 05/01/2021 | $ 138,000 | | | Conventional Re Mortgage | |
| 04/21 | $ 128,489 | $ 990 | $ 990 | 04/01/2021 | $ 138,000 | | | Conventional Re Mortgage | |
| 03/21 | $ 128,708 | $ 990 | $ 1,980 | 03/01/2021 | $ 138,000 | | | Conventional Re Mortgage | |
| 02/21 | $ 129,145 | $ 990 | $ 990 | 01/01/2021 | $ 138,000 | | | Conventional Re Mortgage | |
| 01/21 | $ 129,363 | $ 990 | | 12/01/2020 | $ 138,000 | | — | Conventional Re Mortgage | |
| 12/20 | $ 129,363 | $ 990 | $ 1,980 | 12/01/2020 | $ 138,000 | | | Conventional Re Mortgage | |
| 11/20 | $ 129,795 | $ 990 | $ 990 | 09/30/2020 | $ 138,000 | | | Conventional Re Mortgage | |
| 10/20 | $ 130,010 | $ 990 | | 09/01/2020 | $ 138,000 | | | Conventional Re Mortgage | |
| 09/20 | $ 130,010 | $ 990 | $ 990 | 09/01/2020 | $ 138,000 | | | Conventional Re Mortgage | |
| 08/20 | $ 130,224 | $ 990 | $ 990 | 08/01/2020 | $ 138,000 | | | Conventional Re Mortgage | |
| 07/20 | $ 130,438 | $ 990 | $ 990 | 06/01/2020 | $ 138,000 | | | Conventional Re Mortgage | |
| 06/20 | $ 130,651 | $ 990 | $ 1,964 | 06/01/2020 | $ 138,000 | | | Conventional Re Mortgage | |
| 05/20 | $ 131,074 | $ 974 | | 04/01/2020 | $ 138,000 | | | Conventional Re Mortgage | |
| 04/20 | $ 131,074 | $ 974 | $ 974 | 04/01/2020 | $ 138,000 | | | Conventional Re Mortgage | |
| 03/20 | $ 131,284 | $ 974 | $ 1,948 | 03/01/2020 | $ 138,000 | | | Conventional Re Mortgage | |
| 02/20 | No Data Available | | | | | | | | |
| 01/20 | $ 131,911 | $ 974 | $ 974 | 12/01/2019 | $ 138,000 | | | Conventional Re Mortgage | |

(Continued On Next Page)
000000729-DISC

Page 12 of 22

1364560912-JGX-0a0f010500000c4-01182022



| NAVY FEDERAL CU   P.O. BOX 3700 ATTN: CBR DISPUTES MERRIFIELD VA 22119-3700 : 8886426928 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Account Number** 409095615912* | | | | | | | **Creditor Classification** | |
| **Date of Last Reported Activity** 12/27/2021 | **Balance** $9,552 | **Amount Past Due** | **Date Opened** 06/17/2003 | **High Credit** $24,744 | **Credit Limit** $23,800 | **Terms Duration** | **Terms Frequency** Monthly | |
| **Date of Last Reported Activity** 12/27/2021 | | | **Scheduled Payment Amount** $173 | **Actual Payment Amount** $4,200 | | **Date of Last Payment** 12/2021 | **Date of 1st Delinquency** | **Date Maj Del: 1st Reported** 12/2021 |
| | | | | | | **Months Revd** 99 | **Charge Off Amount** | **Activity Designator** |
| | | | | | | **Deferred Pay Start Date** | **Balloon Pay Amount** | **Balloon Pay Date** |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Joint Account; ADDITIONAL INFORMATION - Credit Card;

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/21 | No Data Available | | | | | | | | |
| 11/21 | $8,649 | $139 | $2,541 | 11/01/2021 | $24,744 | $23,800 | | Credit Card | |
| 10/21 | $6,914 | $214 | $6,500 | 09/30/2021 | $24,744 | $23,800 | | Credit Card | |
| 09/21 | $10,669 | $182 | $4,000 | 09/01/2021 | $24,744 | $23,800 | | Credit Card | |
| 08/21 | $9,086 | $140 | $4,500 | 08/01/2021 | $24,744 | $23,800 | | Credit Card | |
| 07/21 | $6,981 | $168 | $9,668 | 07/01/2021 | $24,744 | $23,800 | | Credit Card | |
| 06/21 | $8,364 | $167 | $7,337 | 06/01/2021 | $24,744 | $23,800 | | Credit Card | |
| 05/21 | $8,303 | $201 | $10,000 | 05/01/2021 | $24,744 | $23,800 | | Credit Card | |
| 04/21 | $10,011 | $64 | $2,800 | 04/01/2021 | $24,744 | $23,800 | | Credit Card | |
| 03/21 | $3,193 | $20 | $2,000 | 03/01/2021 | $24,744 | $23,800 | | Credit Card | |
| 02/21 | $937 | $214 | $11,640 | 02/01/2021 | $24,744 | $23,800 | | Credit Card | |
| 01/21 | $10,661 | $283 | $7,000 | 01/01/2021 | $24,744 | $23,800 | | Credit Card | |
| 12/20 | $14,110 | $253 | $2,000 | 12/01/2020 | $24,744 | $23,800 | | Credit Card | |
| 11/20 | $12,626 | $241 | $5,510 | 11/01/2020 | $24,744 | $23,800 | | Credit Card | |
| 10/20 | $12,003 | $183 | $6,000 | 09/30/2020 | $24,744 | $23,800 | | Credit Card | |

(Continued On Next Page)
000000729-DISC

Page 13 of 22

1364560912-JGX-0a0f0105000000c4-01182022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/20 | $9,617 | $116 | $3,000 | 09/01/2020 | $24,744 | $23,800 | | Credit Card | |
| 08/20 | $5,765 | $386 | $19,918 | 08/01/2020 | $24,744 | $23,800 | | Credit Card | |
| 07/20 | $19,274 | | $2,000 | 07/01/2020 | $24,744 | $23,800 | | Credit Card | |
| 06/20 | $17,801 | $378 | $3,500 | 06/01/2020 | $24,744 | $23,800 | | Credit Card | |
| 05/20 | $18,860 | $378 | $1,000 | 05/01/2020 | $24,744 | $23,800 | | Credit Card | |
| 04/20 | $16,838 | | $1,500 | 04/01/2020 | $24,744 | $23,800 | | Credit Card | |
| 03/20 | $16,722 | $335 | $2,000 | 03/01/2020 | $24,744 | $23,800 | | Credit Card | |
| 02/20 | $15,699 | | $2,000 | 02/01/2020 | $24,744 | $23,800 | | Credit Card | |
| 01/20 | $14,606 | $293 | $5,000 | 01/01/2020 | $24,744 | $23,800 | | Credit Card | |

## NAVY FCU MTGE   PO Box 3700 Attn: Cbr Disputes Merrifield VA 221193700 : 8888426328

| Account Number | Date Opened | High Credit | Terms Duration | Terms Frequency | | | | |
|---|---|---|---|---|---|---|---|---|
| 346802435* | 08/31/2015 | $150,000 | 30 Years | Monthly | | | | |
| Date of Last Reported Update | Balance Amount | Date of Last Payment | Date of 1st Delinquency | Date of Last Activity | Months Revd | | | |
| 12/27/2021 | $132,608 | 12/2021 | | 12/2021 | 75 | | | |
| Amount Past Due | Scheduled Payment Amount | Actual Payment Amount | Credit Limit | High Credit | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date / Balloon Pay Amount / Activity Designator / Credit Classification / Date Closed |
| | $1,145 | $1,145 | | | | | | |

Status - Pays As Agreed: Type of Account - Mortgage: Type of Loan - Conventional Re Mortgage: Whose Account - Joint Account: ADDITIONAL INFORMATION - Real Estate Mortgage. Conventional Mortgage. Fixed Rate:

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/21 | No Data Available – | | | | | | | | |
| 11/21 | $132,872 | $1,145 | $1,145 | 11/01/2021 | $150,000 | | | Conventional Re Mortgage | |
| 10/21 | $133,136 | $1,145 | $1,145 | 09/30/2021 | $150,000 | | | Conventional Re Mortgage | |

(Continued On Next Page)
000000729-DISC

1364560912-JGX-0a0f010500000c4-01182022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/21 | $ 133,398 | $ 1,145 | $ 1,145 | 09/01/2021 | $ 150,000 | | | Conventional Re Mortgage | |
| 08/21 | $ 133,660 | $ 1,145 | $ 1,145 | 08/01/2021 | $ 150,000 | | | Conventional Re Mortgage | |
| 07/21 | $ 133,921 | $ 1,145 | $ 1,145 | 07/01/2021 | $ 150,000 | | | Conventional Re Mortgage | |
| 06/21 | $ 134,180 | $ 1,145 | $ 1,145 | 06/01/2021 | $ 150,000 | | | Conventional Re Mortgage | |
| 05/21 | $ 134,439 | $ 1,145 | $ 1,142 | 05/01/2021 | $ 150,000 | | | Conventional Re Mortgage | |
| 04/21 | $ 134,697 | $ 1,142 | $ 1,142 | 04/01/2021 | $ 150,000 | | | Conventional Re Mortgage | |
| 03/21 | $ 134,954 | $ 1,142 | $ 1,142 | 03/01/2021 | $ 150,000 | | | Conventional Re Mortgage | |
| 02/21 | $ 135,210 | $ 1,142 | $ 1,142 | 02/01/2021 | $ 150,000 | | | Conventional Re Mortgage | |
| 01/21 | $ 135,465 | $ 1,142 | $ 1,142 | 01/01/2021 | $ 150,000 | | | Conventional Re Mortgage | |
| 12/20 | $ 135,719 | $ 1,142 | $ 1,142 | 12/01/2020 | $ 150,000 | | | Conventional Re Mortgage | |
| 11/20 | $ 135,972 | $ 1,142 | $ 1,142 | 11/01/2020 | $ 150,000 | | | Conventional Re Mortgage | |
| 10/20 | $ 136,225 | $ 1,142 | $ 1,142 | 09/30/2020 | $ 150,000 | | | Conventional Re Mortgage | |
| 09/20 | $ 136,476 | $ 1,142 | $ 1,142 | 09/01/2020 | $ 150,000 | | | Conventional Re Mortgage | |
| 08/20 | $ 136,785 | $ 1,142 | $ 1,142 | 08/01/2020 | $ 150,000 | | | Conventional Re Mortgage | |
| 07/20 | $ 136,976 | $ 1,142 | $ 1,142 | 07/01/2020 | $ 150,000 | | | Conventional Re Mortgage | |
| 06/20 | $ 137,225 | $ 1,142 | $ 1,142 | 06/01/2020 | $ 150,000 | | | Conventional Re Mortgage | |
| 05/20 | $ 137,472 | $ 1,142 | $ 1,101 | 05/01/2020 | $ 150,000 | | | Conventional Re Mortgage | |
| 04/20 | $ 137,719 | $ 1,101 | $ 1,101 | 04/01/2020 | $ 150,000 | | | Conventional Re Mortgage | |

(Continued On Next Page)
000000729-DISC

1364560912-JGX-0a0f01050000004-01182022

62/00000 1 00 8P5620228I1000000P230 I100P9000 I2810 28I00000

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/20 | $137,965 | $1,101 | $1,101 | 03/01/2020 | $150,000 | | | Conventional Re Mortgage | |
| 02/20 | $138,210 | $1,101 | $1,101 | 02/01/2020 | $150,000 | | | Conventional Re Mortgage | |
| 01/20 | $138,454 | $1,101 | $1,101 | 01/01/2020 | $150,000 | | | Conventional Re Mortgage | |

**REGIONS BANK DBA REGIONS MTG   PO Box 110 Hattiesburg MS 394030110 : 8009862462**

Account Number: 401088684*

| Date Opened 07/28/2010 | High Credit $130,000 | | | Credit Limit | Terms Duration 30 Years | Terms Frequency Monthly | Months Revd 99 | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Date of Last Reported Update 09/08/2020 | Balance Amount $0 | Amount Past Due $0 | Date of Last Payment 08/2020 | Actual Payment Amount $107,397 | Scheduled Payment Amount | Date of 1st Delinquency | Deferred Last Activity 08/2020 | Date Maj Del. 1st Reported | Charge Off Amount |

Type of Loan: Conventional Re Mortgage

Paid and Closed — Date Closed 08/2020

Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage, Whose Account - Joint Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Fixed Rate;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/21 | No Data Available | | | | | | | | |
| 11/21 | No Data Available | | | | | | | | |
| 10/21 | No Data Available | | | | | | | | |
| 09/21 | No Data Available | | | | | | | | |
| 08/21 | No Data Available | | | | | | | | |
| 07/21 | No Data Available | | | | | | | | |
| 06/21 | No Data Available | | | | | | | | |
| 05/21 | No Data Available | | | | | | | | |
| 04/21 | No Data Available | | | | | | | | |

(Continued On Next Page)
000000729-DISC

1364560912-JGX-0a0f01050000000c4-01182022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/21 | No Data Available | | | | | | | | |
| 02/21 | No Data Available | | | | | | | | |
| 01/21 | No Data Available | | | | | | | | |
| 12/20 | No Data Available | | | | | | | | |
| 11/20 | No Data Available | | | | | | | | |
| 10/20 | No Data Available | | | | | | | | |
| 09/20 | No Data Available | | | | | | | | |
| 08/20 | $106,532 | $1,133 | $1,133 | 08/01/2020 | $130,000 | | | Conventional Re Mortgage | |
| 07/20 | $106,783 | $1,133 | $1,133 | 07/01/2020 | $130,000 | | | Conventional Re Mortgage | |
| 06/20 | $107,032 | $1,133 | $2,164 | 06/01/2020 | $130,000 | | | Conventional Re Mortgage | |
| 05/20 | $107,528 | $1,082 | | 04/01/2020 | $130,000 | | | Conventional Re Mortgage | |
| 04/20 | $107,528 | $1,082 | $1,082 | 04/01/2020 | $130,000 | | | Conventional Re Mortgage | |
| 03/20 | $107,774 | $1,082 | $1,082 | 03/01/2020 | $130,000 | | | Conventional Re Mortgage | |
| 02/20 | $108,020 | $1,082 | $2,164 | 02/01/2020 | $130,000 | | | Conventional Re Mortgage | |
| 01/20 | $108,507 | $1,082 | $1,082 | 12/01/2019 | $130,000 | | | Conventional Re Mortgage | |

**NAVY FCU MTGE**    PO Box 3700 Attn: Cbr Disputes Merrifield VA 221193700 · 8888426328

| Account Number | | | | | |
|---|---|---|---|---|---|
| 346801165* | | | | | |
| Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | |
| 06/30/2004 | $123,500 | | 30 Years | Monthly | |

| Date of Last Reported Update | Balance Amount | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Months Revd | Charge Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 08/27/2020 | $ 0 | 08/2020 | $ 82,372 | | | 08/2020 | | 99 | |

| Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Creditor Classification | Date Closed |
|---|---|---|---|---|---|
| Paid and Closed | | | | | 08/2020 |

1364560912-JGX-0a0f0105000000c4-01182022

(Continued On Next Page)
00000729-DISC

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance, Fixed Rate;

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/21 | No Data Available | | | | | | | | |
| 11/21 | No Data Available | | | | | | | | |
| 10/21 | No Data Available | | | | | | | | |
| 09/21 | No Data Available | | | | | | | | |
| 08/21 | No Data Available | | | | | | | | |
| 07/21 | No Data Available | | | | | | | | |
| 06/21 | No Data Available | | | | | | | | |
| 05/21 | No Data Available | | | | | | | | |
| 04/21 | No Data Available | | | | | | | | |
| 03/21 | No Data Available | | | | | | | | |
| 02/21 | No Data Available | | | | | | | | |
| 01/21 | No Data Available | | | | | | | | |
| 12/20 | No Data Available | | | | | | | | |
| 11/20 | No Data Available | | | | | | | | |
| 10/20 | No Data Available | | | | | | | | |
| 09/20 | No Data Available | | | | | | | | |
| 08/20 | No Data Available | | | | | | | | |

(Continued On Next Page)
000000729-DISC

Page 18 of 22

1364560912-JGX-0a0f0105000000c4-01182022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/20 | $81,554 | $1,003 | $1,003 | 07/01/2020 | $123,500 | | | Conventional Re Mortgage | |
| 06/20 | $81,889 | $1,003 | $1,003 | 06/01/2020 | $123,500 | | | Conventional Re Mortgage | |
| 05/20 | $82,223 | $1,003 | $1,003 | 05/01/2020 | $123,500 | | | Conventional Re Mortgage | |
| 04/20 | $82,555 | $1,003 | $1,003 | 04/01/2020 | $123,500 | | | Conventional Re Mortgage | |
| 03/20 | $82,885 | $1,003 | $1,003 | 03/01/2020 | $123,500 | | | Conventional Re Mortgage | |
| 02/20 | $83,214 | $1,003 | $1,003 | 02/01/2020 | $123,500 | | | Conventional Re Mortgage | |
| 01/20 | $83,540 | $1,003 | $1,027 | 01/01/2020 | $123,500 | | | Conventional Re Mortgage | |

### CAPITAL ONE BANK USA NA    PO BOX 31293 SALT LAKE CITY UT 84131/1293 : 8008657070

| Account Number 4193102647712* | | | | | | |
|---|---|---|---|---|---|---|
| Date Opened 12/29/2003 | High Credit $11,628 | Credit Limit $10,000 | Terms Duration | Terms Frequency Monthly | Months Revd 99 | Activity Designator Paid and Closed |
| Date of Last Reported Update 11/11/2019 | Balance Amount $0 | Date of Last Payment 09/2010 | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity 09/2010 |
| Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Creditor Classification | Date Closed 10/2019 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Flexible Spending Credit Card; Whose Account - Authorized User; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Account Closed By Credit Grantor;

### NAVY FCU    P.O. BOX 3700 ATTN: CBR DISPUTES MERRIFIELD VA 22119/3700 : 8888426328

| Account Number 4219510960* | | | | | | |
|---|---|---|---|---|---|---|
| Date Opened 10/09/2012 | High Credit $9,000 | Credit Limit | Terms Duration 60 Months | Terms Frequency Monthly | Months Revd 60 | Activity Designator Paid and Closed |
| Date of Last Reported Update 10/31/2017 | Balance Amount $0 | Date of Last Payment 10/2017 | Actual Payment Amount $142 | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity 10/2017 |
| | | | | | | Date Closed 10/2017 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Maker; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Auto, Fixed Rate,

### CAPITAL ONE BANK USA NA    PO BOX 31293 SALT LAKE CITY UT 84131/1293 : 8008657070

| Account Number 529149854071* | | | | | | |
|---|---|---|---|---|---|---|
| Date Opened 08/21/2002 | High Credit $14,844 | Credit Limit $15,000 | Terms Duration | Terms Frequency Monthly | Months Revd 99 | Activity Designator Paid and Closed |
| Date of Last Reported Update 10/03/2017 | Balance Amount $0 | Date of Last Payment 03/2016 | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity 03/2016 |
| | | | | | | Date Closed 09/2017 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Joint Account; ADDITIONAL INFORMATION - Closed or Paid

(Continued On Next Page)
000000729-DISC

1384560912-JGX-0a0f0105000000c4-01182022

Account/Zero Balance; Account Closed By Credit Grantor;

**REGIONS BANK**    PO Box 11007 Birmingham AL 352880002 : 8007344667

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000000500049* | | 05/24/2004 | $ 139,321 | $ 139,000 | | Monthly | | | 83 | Paid and Closed | |
| Date of Last Reported Update | Balance Amount | Date of Last Payment | Amount Past Due | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 04/30/2017 | $ 0 | 04/2017 | | | | 04/2017 | | | | | | | 04/2017 |

Status - Pays As Agreed; Type of Account - Line of Credit; Type of Loan - Home Equity Line Of Credit; Whose Account - Joint Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Home Equity Loan; Variable/Adjustable Rate;

**SEARS/CBNA**    PO Box 6282 Sioux Falls SD 571176282

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 512107193866* | | 08/27/2008 | $ 1,893 | $ 2,001 | | Monthly | | | 99 | Paid and Closed | |
| Date of Last Reported Update | Balance Amount | Date of Last Payment | Amount Past Due | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 03/25/2017 | $ 0 | 01/2012 | | | | 01/2012 | | | | | | | 01/2016 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

**NAVY FCU MTGE**    PO Box 3700 Attn: Cbr Disputes Merrifield VA 221193700 : 8888426328

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 346801299* | | 11/23/2005 | $ 200,000 | | 20 Years | Monthly | | | 99 | Paid and Closed | |
| Date of Last Reported Update | Balance Amount | Date of Last Payment | Amount Past Due | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 06/21/2016 | $ 0 | 06/2016 | | $ 127,765 | | 06/2016 | | | | | | | 06/2016 |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Second Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Second Mortgage; Fixed Rate;

**SYNCB/LOWES**    PO Box 965036 Orlando FL 328965036 : 8663968264

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 799222010069* | | 07/24/1997 | $ 8,954 | $ 0 | | Monthly | | | 99 | Paid and Closed | |
| Date of Last Reported Update | Balance Amount | Date of Last Payment | Amount Past Due | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 01/01/2016 | $ 0 | 03/2006 | | | | 03/2006 | | | | | | | 05/2009 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

**NAVY FCU MTGE**    PO Box 3700 Attn: Cbr Disputes Merrifield VA 221193700 : 8888426328

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 346801530* | | 11/14/2007 | $ 35,000 | | 20 Years | Monthly | | | 94 | Paid and Closed | |
| Date of Last Reported Update | Balance Amount | Date of Last Payment | Amount Past Due | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 09/21/2015 | $ 0 | 09/2015 | | $ 26,669 | | 09/2015 | | | | | | | 09/2015 |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Second Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Second Mortgage; Fixed Rate;

(Continued On Next Page)
000000729-DISC

1364560912-JGX-0a0f010500000c4-01182022

**SYNCB/SAMS CLUB**    PO Box 965036 Orlando FL 328965036 - 8663966264

| Account Number | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 77114100002541* | | | | | | | | | |

| Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Rev'd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| 11/122000 | $ 1,247 | $ 1,500 | | Monthly | | 89 | Paid and Closed | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date (Mo) Def. 1st Reported Amount | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27/2013 | $ 0 | | 03/2004 | | | | 03/2004 | | | | | | 04/2004 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance;

*A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.*

*Inquiries that do not impact your credit rating/score.*
*These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.*

**Company Information - Prefix Descriptions:**

AM OR AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.

CAR RENT - Inquiries with this prefix are from rental car companies regarding debit card payment acceptance.

COLLECT - Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt.

CONS RPT - Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product.

DDA - Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account.

EMPL OR ND EMPL - Inquiries with this prefix indicate an employment inquiry.

EQUIFAX OR EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.

FIN PLAN - Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning.

INS - Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes.

MEDICAL - Inquiries with this prefix are from medical service providers.

ND - Inquiries with this prefix are general inquiries that do not display to creditor grantors.

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.

NON APPL - Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant.

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.

PREQAUTO - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.

PREQCARD - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.

PRECOMM - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.

PREQHE - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.

PREQIL - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.

PREQINS - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.

PREQMTG - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.

PREQOD - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.

PREQ - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.

(Continued On Next Page)
000000729-DISC

1384560912-JGX-0a0f01050000000c4-01182022

PRM - Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance.

REFRESH - Inquires with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.

UTILSERV - Inquiries with this prefix are used when requesting utility services.

| Company Information | Inquiry Date(s) |
|---|---|
| EQUIFAX<br>PO BOX 740250 ATLANTA GA 30374-0250  Phone: 8006851111 | 11/02/2021 |
| CREDIT KARMA INC<br>Unknown 760 Market St Fl 10 San Francisco CA 941022300 | 01/01/2022 |
| CREDIT KARMA, INC<br>760 MARKET ST SAN FRANCISCO CA 94102-240 | 01/14/2022 01/09/2022 12/30/2021 |
| EQUIFAX<br>PO Box 105069 Atlanta GA 303485069  Phone: 8006851111 | 01/18/2022 12/30/2021 12/27/2021 07/11/2020 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 01/18/2022 07/22/2020 |
| NAVY FCU<br>820 Follin Ln SE Acct Review Project Vienna VA 22180-4907 | 12/28/2021 |

(End of Report)
000000729-DISC

1364560912-JGX-0a0f010500000c4-01182022

# EXHIBIT 13

1/21 , 2022

Francis Steven Hooke
2011 Bonnie Oaks Dr.
Fernandina Beach, FL 32035
DOB: 12/30/1950

Experian
P.O. Box 4500
Allen, TX 75013

Dear Sir of Madam:

I am writing to dispute the following information in my Experian report. I have enclosed a copy of the pertinent pages of the report for your review.

The report contains an item for Bank of America, account number 519965030303**** in the amount of $12,826.00. I have repeatedly informed Bank of America that this is not my account. I never applied for the account, never used the account, and did not ever have the account. It is a fraudulent account.

Additionally, the report lists an address in West Park Florida that does not belong to me. This could have something to do with the fraudulent account.

As a result of these erroneous items being listed on my report my credit has been damaged.

The inaccurate reporting of accounts which I do not own and balances which I do not owe has already negatively affected my credit worthiness.

Please reinvestigate this matter and delete this item as soon as possible.

Sincerely,

Francis Steven Hooke
Enclosures: Pertinent Pages of Report, Police Report.



PO Box 9701
Allen, TX 75013



0000960    02 MB 0.482 **AUTO  T7 0 7309 32034-860011   -C02-P00960-I
FRANCIS S HOOKE
2011 BONNIE OAKS DR
FERNANDINA BEACH FL  32034-8600



# Your Credit Report

Report # 2868-8445-96 for Dec 27, 2021

# Hi, Francis S. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history.  For more details, see the full credit report following the summary or view it online: experian.com/freescore

# What makes up your FICO® Score?*

**Payment History**

9? of your accounts always paid as agreed

Payment history makes up to 35% of your score. This is the most important factor in your credit score.

*Even one missed or late payment can negatively impact your credit score.*

**Amount of Debt**

You have 59 % revolving credit utilization

Amount of Debt makes up 30% of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

*The lower the percentage, the better.*

**Credit History Length**

Your average account age is 12.3 years

Credit History Length makes up 15% of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

*A longer active credit history is better for your score.*

**Amount of New Credit**

You have initiated 0 credit application(s) in the past year

Amount of New Credit makes up to 10% of your score. Each credit or loan application counts as a hard inquiry on your report.

*Too many in too short a time can lower your credit score.*

**Credit Mix**

Different types of accounts

Credit Mix makes up 10% of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

*Repaying a variety of debt products indicates the borrower can handle all sorts of credit.*

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com.

# What's In Your Credit Report?

Your Potentially Negative Account Activity (Accounts and Bankruptcies) . . . . . . . . . . . . . . . . .  3

Your Positive Account Activity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4

Who Has Viewed Your Credit Information. . . . . . . . . . . . . . . . . . . . . . . . .  7

Your Personal Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7

How to Contact Experian. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8

Your Rights as a Consumer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8

# Payment History Legend

| | | | |
|---|---|---|---|
| **OK** Current / Terms met | **150** Past due 150 Days | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Past due 30 Days | **180** Past due 180 Days | **R** Repossession | **C** Collection |
| **60** Past due 60 Days | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Past due 90 Days | **FS** Foreclosure proceedings started | **IC** Insurance claim | **CLS** Closed |
| **120** Past due 120 Days | **F** Foreclosure | **G** Claim filed with government | **ND** No data for this period |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

---

**BANK OF AMERICA** Partial Acct # 519965030303....
PO BOX 982238 EL PASO TX 79998; (800) 421 2110

**Status (Feb 2019)** Account charged off.
$12,826 written off. $12,826 past due as of Dec 2021.

| Date opened | Terms | Recent balance | Payment history: Mar 2018 - Dec 2021 |
|---|---|---|---|
| Feb 2018 | Not reported | $12,826 as of Dec 2021 | |
| **Address ID #** | **Monthly payment** | This account is | |
| 0060874312 | Not reported | scheduled to continue on | |
| **Type** | **Credit limit or** | record until Apr 2025. | |
| Credit card | **original amount** | **Comment** | |
| **Responsibility** | $8,000 | FCBA dispute resolved - | |
| Individual | **High balance** | consumer disagrees. | |
| | $12,826 | **Comment:** | |
| | | Account closed at credit | |
| | | grantor's request. | |

Payment history: Mar 2018 - Dec 2021



```
        JAN  FEB  MAR  APR  MAY  JUN  JUL  AUG  SEP  OCT  NOV  DEC
2021    CO   CO   CO   CO   CO   CO   CO   CO   CO   CO   CO   CO
2020    CO   CO   CO   CO   CO   CO   CO   CO   CO   CO   CO   CO
2019    180  F    CO   CO   CO   F    F    CO   CO   CO   CO   CO
2018                   F    F    F    F    F    F   120  150  150
```

**Comment History**
FCBA dispute resolved - consumer disagrees.| Nov 2021 - Mar 2021
Account closed at credit grantor's request.| Nov 2021 - Mar 2021

| | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 |
| Date Payment Received | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 |
| Date Payment Received | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | |

*Between Dec 2019 and Nov 2021, your credit limit/high balance was $8,000*

**Your Positive Account Activity (Continued)**

---

**NAVY FEDERAL CR UNION** Partial Acct # 346801165....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328
Status (Aug 2020) Paid, Closed/Never late.

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Mortgage | Jun 2004 | 0060874312 | amount | Not reported | Joint with |
| Terms | Monthly payment | High balance | $123,500 | | CHERYL M HOOKE |
| 30 Years | Not reported | Not reported | | | This account is scheduled to continue on record until Aug 2030. |

Fannie Mae ID
1696455141

| | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $81,654 | $81,889 | $82,223 | $82,555 | $82,885 | $83,214 | $83,540 | $83,685 |
| Date Payment Received | 07.01.20 | 06.02.20 | 05.06.20 | 04.01.20 | 03.02.20 | 02.04.20 | 01.03.20 | 12.10.19 |
| Scheduled Payment Amount | $1,003 | $1,003 | $1,003 | $1,003 | $1,003 | $1,003 | $1,003 | $1,027 |
| Actual Amount Paid | $1,003 | $1,003 | $1,003 | $1,003 | $1,003 | $1,003 | $1,027 | $1,027 |

*The original amount of this account was $123,500*

---

**NAVY FEDERAL CR UNION** Partial Acct # 346801299....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328
Status (Jun 2016) Paid, Closed/Never late.

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Mortgage | Nov 2005 | 0060879361 | amount | Not reported | Joint with |
| Terms | Monthly payment | High balance | $200,000 | | CHERYL M HOOKE |
| 20 Years | Not reported | Not reported | | | This account is scheduled to continue on record until Jun 2026. |

---

**NAVY FEDERAL CR UNION** Partial Acct # 346801530....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328
Status (Sep 2015) Paid, Closed/Never late.

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Mortgage | Nov 2007 | 0060879361 | amount | Not reported | Joint with |
| Terms | Monthly payment | High balance | $35,000 | | CHERYL M HOOKE |
| 20 Years | Not reported | Not reported | | | This account is scheduled to continue on record until Sep 2025. |

---

**NAVY FEDERAL CR UNION** Partial Acct # 346802435....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328
Status (Nov 2021) Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Mortgage | Aug 2015 | 0060874312 | amount | $132,872 as of Nov 2021 | Joint with |
| Terms | Monthly payment | High balance | $150,000 | | CHERYL M HOOKE |
| 30 Years | $1,145 | Not reported | Recent payment $1,145 | | |

| | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $133,135 | $133,398 | $133,660 | $133,921 | $134,180 | $134,439 | $134,697 | $134,954 | $135,210 | $135,465 | $135,719 | $135,972 | $136,225 | $136,476 |
| Date Payment Received | 10.01.21 | 09.02.21 | 08.02.21 | 07.02.21 | 06.01.21 | 05.03.21 | 04.01.21 | 03.01.21 | 02.04.21 | 01.06.21 | 12.02.20 | 11.03.20 | 10.06.20 | 09.01.20 |
| Scheduled Payment Amount | $1,145 | $1,145 | $1,145 | $1,145 | $1,145 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 |
| Actual Amount Paid | $1,145 | $1,145 | $1,145 | $1,145 | $1,145 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 |

| | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $136,785 | $135,976 | $137,225 | $137,472 | $137,719 | $137,965 | $138,210 | $138,454 | $138,697 |
| Date Payment Received | 08.03.20 | 07.01.20 | 06.02.20 | 05.06.20 | 04.01.20 | 03.02.20 | 02.04.20 | 01.03.20 | 12.10.19 |
| Scheduled Payment Amount | $1,142 | $1,142 | $1,142 | $1,142 | $1,101 | $1,101 | $1,101 | $1,101 | $1,101 |
| Actual Amount Paid | $1,142 | $1,142 | $1,142 | $1,101 | $1,101 | $1,101 | $1,101 | $1,101 | |

*The original amount of this account was $150,000*

1309-42-00-0000392-0004-0008556

**Your Positive Account Activity (Continued)**

---

**VYSTAR CREDIT UNION** Partial Acct # 50000859....
PO BOX 45085 JACKSONVILLE FL 32232; (804) 777 6000

Status (Dec 2021) Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Mortgage | Apr 2017 | 0060874312 | amount | $126,701 as of Dec 2021 | Joint with |
| Terms | Monthly payment | High balance | $138,000 | | CHERYL M HOOKE |
| 2 Years | $1,026 | Not reported | Recent payment | | |
| | | | $1,026 | | |

| | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $125,928 | $127,153 | $127,378 | $127,602 | $127,825 | $128,047 | $128,268 | $128,489 | $128,708 | $128,926 | $129,333 | $129,555 | $129,795 | $130,010 |
| Date Payment Received | 11.02.21 | 10.01.21 | 09.02.21 | 08.02.21 | 07.02.21 | 06.03.21 | 05.03.21 | 04.01.21 | 03.02.21 | 01.05.21 | 12.02.20 | 12.02.20 | 10.07.20 | 09.01.20 |
| Scheduled Payment Amount | $1,026 | $1,026 | $1,026 | $1,026 | $1,026 | $1,026 | $990 | $990 | $990 | $990 | $990 | $990 | $990 | $990 |
| Actual Amount Paid | $1,026 | $1,026 | $1,026 | $1,026 | $1,026 | $1,026 | $990 | $990 | $1,980 | $990 | No Date | $1,980 | $990 | No Date |

| | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $130,010 | $130,224 | $130,438 | $130,651 | $131,074 | $131,074 | $131,284 | $131,702 | $131,911 | $132,118 |
| Date Payment Received | 09.01.20 | 08.01.20 | 06.30.20 | 06.02.20 | 04.21.20 | 04.01.20 | 03.02.20 | 01.07.20 | 12.11.19 | 11.05.19 |
| Scheduled Payment Amount | $990 | $990 | $990 | $990 | $974 | $974 | $974 | $974 | $974 | $974 |
| Actual Amount Paid | $990 | $990 | $990 | $1,964 | No Date | $974 | $1,948 | $974 | $974 | $2,923 |

*The original amount of this account was $138,000*

# Who Has Viewed Your Consumer Information

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

(i) Soft inquiries DO NOT impact your credit score.

---

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 12.22.21 | 12.18.21 | 12.15.21 | 12.11.21 | 12.08.21 | 12.04.21 | 12.01.21 | 11.27.21 | 11.24.21 | 11.20.21 | 11.17.21 | 11.13.21 | 11.10.21 | 11.06.21 | 11.04.21 | 10.30.21 | 10.27.21 | 10.23.21 | 10.20.21 | 10.16.21 | 10.13.21 | 10.09.21 | 10.06.21 | 10.02.21 | 09.29.21 | 09.25.21 | 09.22.21 | 09.16.21 | 09.15.21 | 09.11.21 | 09.08.21 | 09.04.21 | 09.01.21 | 08.28.21 | 08.25.21 | 08.21.21 | 09.18.21 | 08.14.21 | 08.11.21 | 08.07.21 | 08.04.21 | 07.31.21 | 07.28.21 | 07.24.21 | 07.17.21 | 07.14.21 | 07.10.21 | 07.07.21 | 07.03.21 | 06.30.21 | 06.23.21 | 09.19.21 | 06.16.21 | 06.12.21 | 06.09.21 | 09.05.21 | 08.02.21 | 05.29.21 | 05.26.21 | 05.22.21 | 05.19.21 | 05.15.21 | 05.12.21 | 05.08.21 | 05.05.21 | 05.01.21 | 04.28.21 | 04.24.21 | 04.21.21 | 04.18.21 | 04.14.21 | 04.10.21 | 04.07.21 | 04.03.21 | 03.31.21 | 03.27.21 | 03.24.21 | 03.20.21 | 03.17.21 | 03.13.21 | 03.10.21 | 03.06.21 | 03.03.21 | 02.27.21 | 02.24.21 | 02.20.21 | 02.17.21 | 02.09.21 | 02.05.21 | 02.02.21 | 01.30.21 | 01.26.21 | 01.25.21 | 01.20.21 | 01.17.21 | 01.12.21 | 01.10.21 | 01.06.21 | 01.07.21 | 12.30.20 | 12.27.20 |

**NAVY FEDERAL CR UNION** 820 FOLLIN LN SE VIENNA VA 22180 No phone # available INQUIRY DATES: 11.09.21 |

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 INQUIRY DATES: 03.24.21 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

(i) Personal Information DOES NOT impact your credit score at all.

## NAMES

| | |
|---|---|
| FRANCIS HOOKE | Name ID #: 20241 |
| FRANCIS S HOOKE | Name ID #: 1 |

## ADDRESSES

| | |
|---|---|
| 2011 BONNIE OAKS DR | Geo Code: 0-5020010-89-3600 |
| FERNANDINA BEACH FL 32034-8600 | Address ID #: 0060874312 Address Type: Single family |
| PO BOX 6374 | Geo Code: 0-5010060-89-3600 |
| FERNANDINA BEACH FL 32035-6374 | Address ID #: 0060879361 Address Type: Post office box |
| 4723 SW 20TH ST | Geo Code: 0-10070040-11-2680 |
| WEST PARK FL 33023-3323 | Address ID #: 0267604115 Address Type: Single family |
| 2087 BONNIE OAKS DR | Geo Code: 0-5020010-89-3600 |
| FERNANDINA FL 32034-8600 | Address ID #: 0578697775 Address Type: Single family |



# Dispute Form

Use this form for any disputes you wish to submit by mail. You can submit additional dispute forms if have several disputes. Complete all of the following information and submit by mail. Once we receive your dispute, it make take up to 30 days to process your dispute. We will then notify you of the results. You may also submit a dispute by mail using your own format. If so, please include your name, address, Social Security number and date of birth along with the account name and number and dispute reason.

**Would you like to receive your dispute results more quickly? Enter your email address, and we will notify you as soon as your results are ready to be viewed online.** _____

Be advised that written information or documents you provide with respect to your disputes may be shared with any and all creditors with which you are disputing.

## Your current identification information

| Name: FRANCIS HOOKE | Middle Initial: S | Generation: |
|---|---|---|
| Social Security number: ____ ____ ____ . ____ ____ . ____ ____ ____ ____ | | Date of Birth: |
| Mailing Address: 2011 BONNIE OAKS DR  FERNANDINA BEACH FL  32034-8600 | | |

Is any of the information below incorrect on your report?
- ☐ Spouse's name
- ☐ Date of Birth (Fill in your correct date of birth) _____/_____/_____
- ☐ Telephone Number (Which one is correct)  _____/_____/_____
- ☐ Social Security number (Which one is incorrect?) ____ ____ ____ . ____ ____ . ____ ____ ____ ____
- ☐ Employer (Which one is incorrect?) _____
- ☐ Address (Which one is incorrect?) _____
- ☐ Name (Which one is incorrect?) _____

## Dispute

| Company name: | Your partial account number: |
|---|---|
| I believe this item is incorrect because (Choose only one): | |

I believe this item is incorrect because (Choose only one):
- ☐ Payment never late
- ☐ Account closed
- ☐ Paid in full – On what date? _____/_____/_____
- ☐ Account included in bankruptcy – Chapter: _____ Filing date: _____/_____/_____
- ☐ Not my account – Who does it belong to? _____
- ☐ Other – Must explain: _____

## Dispute

| Company name: | Your partial account number: |
|---|---|
| I believe this item is incorrect because (Choose only one): | |

I believe this item is incorrect because (Choose only one):
- ☐ Payment never late
- ☐ Account closed
- ☐ Paid in full – On what date? _____/_____/_____
- ☐ Account included in bankruptcy – Chapter: _____ Filing date: _____/_____/_____
- ☐ Not my account – Who does it belong to? _____
- ☐ Other – Must explain: _____

## Dispute

| Company name: | Your partial account number: |
|---|---|
| I believe this item is incorrect because (Choose only one): | |

I believe this item is incorrect because (Choose only one):
- ☐ Payment never late
- ☐ Account closed
- ☐ Paid in full – On what date? _____/_____/_____
- ☐ Account included in bankruptcy – Chapter: _____ Filing date: _____/_____/_____
- ☐ Not my account – Who does it belong to? _____
- ☐ Other – Must explain: _____

## Dispute

| Company name: | Your partial account number: |
|---|---|
| I believe this item is incorrect because (Choose only one): | |

I believe this item is incorrect because (Choose only one):
- ☐ Payment never late
- ☐ Account closed
- ☐ Paid in full – On what date? _____/_____/_____
- ☐ Account included in bankruptcy – Chapter: _____ Filing date: _____/_____/_____
- ☐ Not my account – Who does it belong to? _____
- ☐ Other – Must explain: _____

7309-02-00-000560-0001-0006553



**Nassau County Sheriff's Office**
CASE REPORT
77151 CITIZENS CIRCLE
YULEE, FL 32097

CASE# 2020-00061013

| EVENT | REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | |
|---|---|---|---|---|
| | 06/25/2020 15:41 | Information Report | | |
| | OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE | |
| | 02/28/2018 00:00 | 02/28/2018  00:00 | 2113 BONNIE OAKS DR FERNANDINA BEACH, FL | |

| OFFENSES | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| | 99999.1 INFORMATION ONLY | 1 | Commit |
| | | | |
| | | | |
| | | | |
| | | | |

| SUBJECT | JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| | Adult    Person-Other | HOOKE, FRANCIS STEVEN | | | | |
| | DOB | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| | 12/30/1950 | 2113 BONNIE OAKS DR FERNANDINA BEACH, FL 32034 | | | | |
| | RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | White | Male | 5'10 | 190 | WHI | BRO |
| | DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| | H200257504700 / FL | (904)502-0195 | | | | |

| SUBJECT | JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| | Adult    Person-Other | HOOKE, CHERYL MAE | | | | |
| | DOB | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| | 12/31/1963 | 2011 BONNIE OAKS DR FERNANDINA BEACH, FL 32034 | | | | |
| | RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | White | Female | 5'7 | 160 | BRO | BRO |
| | DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| | H200113639710 / FL | (904)591-8709 | | | | |

| SUBJECT | JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| | | | | | | |
| | RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | | | | | | |
| | DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| | | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| 1408 ROCHELEAU | 06/25/2020 | GASTON, DEBRA D 06/30/2020 |



**Nassau County Sheriff's Office**
CASE REPORT
77151 CITIZENS CIRCLE
YULEE, FL 32097

CASE# 2020-00061013

---

**NARRATIVE**

---

On 06/25/2020, at approximately 1546 hours, I was dispatched to 2113 Bonnie Oaks Drive, in reference to an identity theft.

Upon my arrival I met and spoke with Francis Hooke and Cheryl Hooke who both advised me that in 2018 while residing in Maine they received a notification from Bank of America stating a credit card had been taken out in Francis Hooke's name. I was advised the credit card was maxed out and Bank of America was attempting to collect the delinquent debt. Mr. and Mrs. Hooke advised me that neither of them applied for this card nor charged anything to Bank of America. I was informed that Francis Hooke started the process with Bank of America to dispute this item on his credit account in 2018 along with notifying the credit bureaus, FBI, and the FTC. Mr. Hooke advised me to this date the only information he can obtain about the credit card from Bank of America is that it was issued on 02/24/2018 and that it was a woman who applied for the card. Despite filing a fraud statement form in 2018 no additional contact or information was given by bank of America. Mr. Hooke stated a few weeks ago he received a statement from Bank of America attempting to collect the credit card debt again and threatening to report the debt to the credit bureaus if left unpaid. Due to this Mr. and Mrs. Hook requested a report to be generated for Bank of America to reopen investigations into this fraudulent account.

Statement forms were collected and submitted.

Due to lack of available information and no suspect information this report was generated for informational purposes only.

---

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| 1408 ROCHELEAU | 08/26/2020 | GASTON, DEBRA D 08/30/2020 |

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

X ☐ Agent
☐ Addressee

**B. Received by (Printed Name)**

EXPERIAN

7016 EY ASSEDHYTWAY

JAN 25 2022

Paula Thibodeaux

**C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ estricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Experian
P.O. Box 4500
Allen, TX 75013



9590 9402 6005 0069 4831 15

**2. Article Number (Transfer from service label)**

7020 1290 0000 6627 0929

PS Form **3811**, July 2015 PSN 7530-02-000-9053        **Domestic Return Receipt**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 6005 0069 4831 15

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**First Coast Consumer Law**
**340 3rd Ave. S., Ste. A**
**Jacksonville Beach, FL 32250**

Hooke-Experian

# EXHIBIT 14

PO Box 9701
Allen, TX 75013



0001840   01 MB 0.482  **AUTO  T6 0 7020 32034-860011   -C01-P01841-l
FRANCIS STEVEN HOOKE
2011 BONNIE OAKS DR
FERNANDINA BEACH FL  32034-8600



# Your Dispute Results
Report # 2470-1587-11 for **Jan 27, 2022**

# Hi, Francis Steven. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

BANK OF AMERICA
519965030303....
PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.-

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information, and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details.

## Here are your results

### Still pending
**BANK OF AMERICA** 519965030303.... Projected completion date: Feb 23, 2022

If our reinvestigation has not resolved your dispute, you have several options:

You have a right to add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement. you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we

0081529361                    **FRANCIS STEVEN HOOKE**  Report # 2470-1587-11 for 01/27/22                    page 1 of 8

## Dispute Results (Continued)

will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | | | |
|---|---|---|---|---|---|
| **OK** | Current / Terms met | **150** | Past due 150 Days | **VS** | Voluntarily surrendered |
| **30** | Past due 30 Days | **180** | Past due 180 Days | **R** | Repossession |
| **60** | Past due 60 Days | **CRD** | Creditor received deed | **PBC** | Paid by creditor |
| **90** | Past due 90 Days | **FS** | Foreclosure proceedings started | **EC** | Insurance claim |
| **120** | Past due 120 Days | **F** | Foreclosure | **G** | Claim filed with government |

| | |
|---|---|
| **D** | Defaulted on contract |
| **C** | Collection |
| **CO** | Charge off |
| **CLS** | Closed |
| **ND** | No data for this period |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

---

**BANK OF AMERICA** Partial Acct # 519965030303....
PO BOX 982238 EL PASO TX 79998; (800) 421 2110

**Status** (Feb 2019) Account charged off.
$12,826 written off. $12,826 past due as of Jan 2022.

| Date opened | Terms | Recent balance |
|---|---|---|
| Feb 2018 | Not reported | $12,826 as of Jan 2022 |
| **Address ID #** | **Monthly payment** | This account is scheduled to continue on record until Apr 2025. |
| 0678206834 | Not reported | |
| **Type** | **Credit limit or original amount** | **Comment** |
| Credit card | $8,000 | FCBA dispute resolved consumer disagrees. |
| **Responsibility** | **High balance** | **Comment:** |
| Individual | $12,826 | Account closed at credit grantor's request. |

**Payment history:** Mar 2018 - Jan 2022

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | CO | | | | | | | | | | | |
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | | | OK | OK | OK | OK | OK | | | | | |

**Comment History**
FCBA dispute resolved - consumer disagrees | Dec 2021 - Mar 2021
Account closed at credit grantor's request | Dec 2021 - Mar 2021

| | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 |
| Date Payment Received | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Oct20 | Sep20 | Aug20 | Jul20 | Jul20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 | $12,826 |
| Date Payment Received | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 | 03.02.18 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jan 2020 and Dec 2021, your credit limit/high balance was $8,000.*

Dispute Results (Continued)

# 👍 Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

**CAPITAL ONE** Partial Acct # 419310264712....    **Status** (Oct 2019) Paid, Closed/Never late.
PO BOX 31293 SALT LAKE CITY UT 84131; (800) 955 7070

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit Card | Dec 2003 | 0060874312 | $10,000 | Not reported | Authorized user |
| **Terms** | **Monthly payment** | **High balance** | | **Comment:** | This account is scheduled to continue on record until Oct 2029. |
| Not reported | Not reported | $11,628 | | Account closed at credit grantor's request. | |

---

**CAPITAL ONE** Partial Acct # 529149854071....    **Status** (Oct 2017) Paid, Closed/Never late.
PO BOX 31293 SALT LAKE CITY UT 84131; (800) 955 7070

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Aug 2002 | 0060879361 | $15,000 | Not reported | Joint with: C M HOOKE |
| **Terms** | **Monthly payment** | **High balance** | | **Comment:** | This account is scheduled to continue on record until Oct 2027. |
| Not reported | Not reported | $14,844 | | Account closed at credit grantor's request. | |

---

**NAVY FEDERAL CR UNION** Partial Acct # 406095615912....    **Status** (Jan 2022) Open/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Jun 2003 | 0060874312 | $23,800 | $10,874 as of Jan 2022 | Joint with: CHERYL M HOOKE |
| **Terms** | **Monthly payment** | **High balance** | | **Recent payment** | |
| Not reported | $192 | $24,744 | | $3,500 | |

| | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $9,552 | $8,649 | $6,914 | $10,669 | $9,086 | $6,961 | $8,364 | $8,303 | $10,011 | $3,193 | $837 | $10,661 | $14,110 | $12,626 |
| Date Payment Received | 12.02.21 | 11.02.21 | 10.01.21 | 09.02.21 | 08.02.21 | 07.08.21 | 06.18.21 | 05.19.21 | 04.11.21 | 03.13.21 | 01.13.21 | 12.16.20 | 11.18.20 |
| Scheduled Payment Amount | $173 | $139 | $214 | $182 | $140 | $168 | $167 | $201 | $64 | $20 | $214 | $283 | $253 | $241 |
| Actual Amount Paid | $4,200 | $2,541 | $6,500 | $4,000 | $4,500 | $9,668 | $7,337 | $10,000 | $2,800 | $2,000 | $11,640 | $7,000 | $2,000 | $5,510 |

| | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $12,003 | $9,617 | $5,765 | $19,274 | $17,801 | $18,860 | $16,838 | $16,722 | $15,699 | $14,606 |
| Date Payment Received | 10.18.20 | 09.20.20 | 08.11.20 | 07.15.20 | 06.12.20 | 05.15.20 | 04.17.20 | 03.16.20 | 02.15.20 | 01.14.20 |
| Scheduled Payment Amount | $193 | $116 | $386 | $0 | $378 | $378 | $0 | $335 | $293 | $293 |
| Actual Amount Paid | $6,000 | $3,000 | $10,918 | $2,000 | $3,500 | $1,000 | $1,500 | $2,000 | $2,000 | $5,000 |

*Between Jan 2020 and Dec 2021, your credit limit/high balance was $23,800.*

---

**NAVY FEDERAL CR UNION** Partial Acct # 4219510960....    **Status** (Oct 2017) Paid, Closed/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Oct 2012 | 0060879361 | $9,000 | Not reported | Signer with CHERYL M HOOKE |
| **Terms** | **Monthly payment** | **High balance** | | | This account is scheduled to continue on record until Oct 2027. |
| 60 Months | Not reported | Not reported | | | |

7020-01-00-00018-0-0003-0003902

## Dispute Results (Continued)
### Your Positive Account Activity (Continued)

---

**NAVY FEDERAL CR UNION** Partial Acct # 346801165....     Status (Aug 2020) Paid, Closed/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Mortgage | Jun 2004 | 0060874312 | amount | Not reported | Joint with |
| | | | $123,500 | | CHERYL M HOOKE |
| **Terms** | **Monthly payment** | **High balance** | | | This account is scheduled |
| 30 Years | Not reported | Not reported | | | to continue on record until |
| | | | | | Aug 2030. |

**Fannie Mae ID**
1696455141

| | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 |
|---|---|---|---|---|---|---|---|
| Account Balance | $81,554 | $81,889 | $82,223 | $82,555 | $82,885 | $83,214 | $83,540 |
| Date Payment Received | 07.01.20 | 06.02.20 | 05.06.20 | 04.01.20 | 03.02.20 | 02.04.20 | 01.03.20 |
| Scheduled Payment Amount | $1,003 | $1,003 | $1,003 | $1,003 | $1,003 | $1,003 | $1,003 |
| Actual Amount Paid | $1,003 | $1,003 | $1,003 | $1,003 | $1,003 | $1,003 | $1,027 |

*The original amount of this account was $123,500*

---

**NAVY FEDERAL CR UNION** Partial Acct # 346801299....     Status (Jun 2016) Paid, Closed/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328.

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Mortgage | Nov 2005 | 0060879361 | amount | Not reported | Joint with |
| | | | $200,000 | | CHERYL M HOOKE |
| **Terms** | **Monthly payment** | **High balance** | | | This account is scheduled |
| 20 Years | Not reported | Not reported | | | to continue on record until |
| | | | | | Jun 2026. |

---

**NAVY FEDERAL CR UNION** Partial Acct # 346801530....     Status (Sep 2015) Paid, Closed/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Mortgage | Nov 2007 | 0060879361 | amount | Not reported | Joint with |
| | | | $35,000 | | CHERYL M HOOKE |
| **Terms** | **Monthly payment** | **High balance** | | | This account is scheduled |
| 20 Years | Not reported | Not reported | | | to continue on record until |
| | | | | | Sep 2025. |

---

**NAVY FEDERAL CR UNION** Partial Acct # 346802435....     Status (Dec 2021) Open/Never late.
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Mortgage | Aug 2015 | 0060874312 | amount | $132,608 as of Dec 2021 | Joint with |
| | | | $150,000 | | CHERYL M HOOKE |
| **Terms** | **Monthly payment** | **High balance** | Recent payment | | |
| 30 Years | $1,145 | Not reported | $1,145 | | |

| | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $132,872 | $133,136 | $133,398 | $133,660 | $133,921 | $134,180 | $134,439 | $134,697 | $134,954 | $135,210 | $135,465 | $135,719 | $135,972 | $136,225 |
| Date Payment Received | 11.02.21 | 10.01.21 | 09.02.21 | 08.02.21 | 07.02.21 | 06.01.21 | 05.03.21 | 04.01.21 | 03.01.21 | 02.04.21 | 01.05.21 | 12.02.20 | 11.03.20 | 10.06.20 |
| Scheduled Payment Amount | $1,145 | $1,145 | $1,145 | $1,145 | $1,145 | $1,145 | $1,145 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 |
| Actual Amount Paid | $1,145 | $1,145 | $1,145 | $1,145 | $1,145 | $1,145 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 |

| | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $136,476 | $136,785 | $136,976 | $137,225 | $137,472 | $137,719 | $137,965 | $138,210 | $138,454 |
| Date Payment Received | 09.01.20 | 08.03.20 | 07.01.20 | 06.02.20 | 05.06.20 | 04.01.20 | 03.02.20 | 02.04.20 | 01.03.20 |
| Scheduled Payment Amount | $1,142 | $1,142 | $1,142 | $1,142 | $1,142 | $1,101 | $1,101 | $1,101 | $1,101 |
| Actual Amount Paid | $1,142 | $1,142 | $1,142 | $1,142 | $1,101 | $1,101 | $1,101 | $1,101 | $1,101 |

*The original amount of this account was $150,000*

**Dispute Results** (Continued)

**Your Positive Account Activity (Continued)**

---

**REGION/AMS** Partial Acct # 0009250200000000500499....          Status (Apr 2017) Paid, Closed/Never late.
PO BOX 11007 BIRMINGHAM AL 35288; (800) 734 4667

| | | | | | |
|---|---|---|---|---|---|
| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
| Home Equity | May 2004 | 0060879361 | amount | Not reported | Joint with |
| Terms | Monthly payment | High balance | $139,000 | | CHERYL M HOOKE |
| Not reported | Not reported | $139,321 | | | This account is scheduled to continue on record until Apr. 2027. |

---

**REGIONS BANK** Partial Acct # 401089684....          Status (Aug 2020) Paid, Closed/Never late.
PO BOX 110 HATTIESBURG MS 39403; (800) 986 2462

| | | | | | |
|---|---|---|---|---|---|
| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
| Mortgage | Jul 2010 | 0060874312 | amount | Not reported | Joint with |
| Terms | Monthly payment | High balance | $130,000 | | CHERYL M HOOKE |
| 30 Years | Not reported | Not reported | | | This account is scheduled to continue on record until Aug 2030. |

Fannie Mae ID
1712077150

| | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 |
|---|---|---|---|---|---|---|---|
| Account Balance | $106,783 | $107,032 | $107,528 | $107,528 | $107,774 | $108,020 | $108,507 |
| Date Payment Received | 07.01.20 | 06.03.20 | 04.01.20 | 04.01.20 | 03.02.20 | 02.04.20 | 12.11.19 |
| Scheduled Payment Amount | $1,133 | $1,133 | $1,082 | $1,082 | $1,082 | $1,082 | $1,082 |
| Actual Amount Paid | $1,133 | $2,164 | No Data | $1,082 | $1,082 | $2,164 | $1,082 |

The original amount of this account was $130,000

---

**SEARS/CBNA** Partial Acct # 512107193866....          Status (Jan 2016) Paid, Closed/Never late.
PO BOX 6217 SIOUX FALLS SD 57117; No phone # available

| | | | | | |
|---|---|---|---|---|---|
| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
| Credit card | Aug 2008 | 0060879361 | amount | Not reported | Individual |
| Terms | Monthly payment | High balance | $2,001 | Comment: | This account is scheduled to continue on record until Jan 2026. |
| Not reported | Not reported | $1,893 | | Closed due to inactivity | |

---

**SYNCB/LOWES** Partial Acct # 798192410669....          Status (Jan 2022) Open/Never late.
PO BOX 965005 ORLANDO FL 32896; (800) 444 1408

| | | | | | |
|---|---|---|---|---|---|
| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
| Charge Card | Jun 2009 | 0060874312 | amount | $0 /paid as of Jan 2022 | Individual |
| Terms | Monthly payment | High balance | $4,500 | | |
| Not reported | Not reported | $4,114 | | | |

| | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 09.06.20 | 09.06.20 | 09.06.20 | 09.06.20 | 09.06.20 | 09.06.20 | 09.06.20 | 09.06.20 | 09.06.20 | 09.06.20 | 09.06.20 | 09.06.20 | 09.06.20 | 09.06.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Mar20 | Feb20 | Jan20 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $649 | $799 | $949 | $146 | $734 | $0 | $0 |
| Date Payment Received | 09.06.20 | 09.06.20 | 08.03.20 | 07.05.20 | 06.01.20 | 05.07.20 | 10.06.19 | 10.06.19 | 10.06.19 |
| Scheduled Payment Amount | $0 | $0 | $28 | $28 | $28 | $28 | $28 | $28 | $28 |
| Actual Amount Paid | No Data | $649 | $150 | $150 | $146 | $150 | No Data | No Data | No Data |

Between Jan 2020 and Dec 2021, your credit limit/high balance was $4,500

**Dispute Results** (Continued)
Your Positive Account Activity (Continued)

**VYSTAR CREDIT UNION** Partial Acct # 50000859...
PO BOX 45085 JACKSONVILLE FL 32232; (904) 777 6000
                                                      Status (Jan 2022) Open/Never late

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Mortgage | Apr 2017 | 0060874312 | $138,000 | $126,474 as of Jan 2022 | Joint with CHERYL M HOOKE |
| Terms | Monthly payment | High balance | | Recent payment | |
| 2 Years | $1,026 | Not reported | | $1,026 | |

| | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $126,701 | $126,928 | $127,153 | $127,378 | $127,602 | $127,825 | $128,047 | $128,268 | $128,489 | $128,708 | $129,145 | $129,363 | $129,363 | $129,785 |
| Date Payment Received | 12.02.21 | 11.02.21 | 10.01.21 | 09.02.21 | 08.02.21 | 07.02.21 | 06.03.21 | 05.03.21 | 04.01.21 | 03.02.21 | 01.05.21 | 12.02.20 | 12.02.20 | 10.07.20 |
| Scheduled Payment Amount | $1,026 | $1,026 | $1,026 | $1,026 | $1,026 | $1,026 | $1,026 | $1,026 | $990 | $990 | $990 | $990 | $990 | $990 |
| Actual Amount Paid | $1,026 | $1,026 | $1,026 | $1,026 | $1,026 | $1,026 | $1,026 | $1,026 | $990 | $990 | $1,980 | No Data | $1,980 | $990 |

| | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $130,010 | $130,010 | $130,224 | $130,438 | $130,651 | $131,074 | $131,074 | $131,284 | $131,702 | $131,911 |
| Date Payment Received | 09.01.20 | 09.01.20 | 08.01.20 | 06.30.20 | 06.02.20 | 04.01.20 | 04.01.20 | 03.02.20 | 01.07.20 | 12.11.19 |
| Scheduled Payment Amount | $990 | $990 | $990 | $990 | $990 | $974 | $974 | $974 | $974 | $974 |
| Actual Amount Paid | No Data | $990 | $990 | $990 | $1,964 | No Data | $974 | $1,948 | $974 | $974 |

*The original amount of this account was $138,000*

# Who Has Viewed Your Consumer Information

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

ⓘ Soft inquiries DO NOT impact your credit score.

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 01.15.22 | 01.12.22 | 01.08.22 | 01.05.22 | 01.01.22 | 12.29.21 | 12.25.21 | 12.22.21 | 12.18.21 | 12.15.21 | 12.11.21 | 12.08.21 | 12.04.21 | 12.01.21 | 11.27.21 | 11.24.21 | 11.20.21 | 11.17.21 | 11.13.21 | 11.10.21 | 11.06.21 | 11.04.21 | 10.30.21 | 10.27.21 | 10.23.21 | 10.20.21 | 10.16.21 | 10.13.21 | 10.09.21 | 10.02.21 | 09.29.21 | 09.22.21 | 09.18.21 | 09.15.21 | 09.11.21 | 09.08.21 | 09.04.21 | 09.01.21 | 08.28.21 | 08.25.21 | 08.21.21 | 08.18.21 | 08.11.21 | 08.07.21 | 08.04.21 | 07.31.21 | 07.28.21 | 07.24.21 | 07.17.21 | 07.14.21 | 07.10.21 | 07.07.21 | 07.03.21 | 06.30.21 | 06.26.21 | 06.23.21 | 06.19.21 | 06.16.21 | 06.12.21 | 06.09.21 | 06.05.21 | 06.02.21 | 05.29.21 | 05.26.21 | 05.22.21 | 05.19.21 | 05.15.21 | 05.12.21 | 05.08.21 | 05.05.21 | 05.01.21 | 04.28.21 | 04.24.21 | 04.21.21 | 04.18.21 | 04.14.21 | 04.07.21 | 04.03.21 | 03.31.21 | 03.27.21 | 03.24.21 | 03.20.21 | 03.17.21 | 03.13.21 | 03.10.21 | 03.06.21 | 03.03.21 | 02.27.21 | 02.24.21 | 02.20.21 | 02.17.21 | 02.09.21 | 02.05.21 | 02.02.21 | 01.30.21 |

EXPERIAN PO BOX 2002 ALLEN TX 75013 (888) 397.3742 INQUIRY DATES: 12.27.21 |

NAVY FEDERAL CR UNION 820 FOLLIN LN SE VIENNA VA 22180 No phone # available INQUIRY DATES: 11.09.21 |

LEXISNEXIS/INS/P&C 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 INQUIRY DATES: 03.24.21 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

ⓘ Personal information DOES NOT impact your credit score at all.

## NAMES

| | |
|---|---|
| FRANCIS HOOKE | Name ID #: 20241 |
| FRANCIS S HOOKE | Name ID #: 1 |

## ADDRESSES

| | |
|---|---|
| 340 3RD S AVE STEA JACKSONVILLE FL 32250-6767 | Geo Code: 0-1420210-31-3600<br>Address ID #: 0678206834 Address Type: Multifamily |
| 2011 BONNIE OAKS DR FERNANDINA BEACH FL 32034-8600 | Geo Code: 0-5020010-89-3600<br>Address ID #: 0060874312 Address Type: Single family |
| PO BOX 6374 FERNANDINA BEACH FL 32035-6374 | Geo Code: 0-5010050-89-3600<br>Address ID #: 0060879361 Address Type: Post office box |

## Dispute Results (Continued)
### Your Personal Information (Continued)

| | |
|---|---|
| 4723 SW 20TH ST<br>WEST PARK FL 33023-3323 | Geo Code: 0-10070040-11-2680<br>Address ID #: 0267604115 Address Type: Single family |
| 2087 BONNIE OAKS DR<br>FERNANDINA FL 32034-8600 | Geo Code: 0-5020010-89-3600<br>Address ID #: 0578697775 Address Type: Single family |
| 5421 SW 24TH ST<br>WEST PARK FL 33023-3152 | Geo Code: 0-10070030-11-2680<br>Address ID #: 0071173400 Address Type: Single family |

### SOCIAL SECURITY NUMBER VARIATIONS

None

### YEAR OF BIRTH

1950

### TELEPHONE NUMBERS

| | |
|---|---|
| 904 242-7070 | Residential |
| 904 277-2877 | Residential |
| 904 502-0195 | Cellular |

### NOTICES

This address has pertained to a business:
340 3RD AVE S STE A JACKSONVILLE BEACH FL 32250

LEGAL SERVICE:
340 3RD AVE S STE A, JACKSONVILLE BEACH, FL, 32250

THIS PAGE INTENTIONALLY LEFT BLANK