# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FRANCIS HOOKE,

    Plaintiff,

vs.                                      Case No.: 3:22-cv-0664-MMH-MCR

BANK OF AMERICA, N.A,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
EQUIFAX INFORMATION
SERVICES, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO BANK OF AMERICA, N.A.

COMES NOW the Plaintiff, FRANCIS HOOKE, by and through undersigned counsel, and pursuant to Local Rule 3.09, United States District Court, Middle District of Florida, hereby gives notice to the clerk, parties, and their counsel that a settlement has been reached between Plaintiff and Defendant, BANK OF AMERICA, N.A. ("BANA"). Plaintiff and BANA are in the process of finalizing the settlement and expect to submit a dismissal of this case as to BANA shortly. The case shall remain pending as to co-Defendant, EXPERIAN INFORMATION SOLUTIONS, INC.

Dated this 16th day of August 2022.    Respectfully submitted,

                                                    /s/ Ryan G. Moore_____
                                                    Ryan G. Moore, FBN: 70038

First Coast Consumer Law
476 Osceola Avenue
Jacksonville Beach, FL 32250-4082
P: (904) 242-7070
F: (904) 513-9280
ryan@beacheslaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that this 16th day of AugustbA 2022 a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                              /s/ Ryan G. Moore